# SCHEDULE A

| No. | Store Name | Seller ID |
|---|---|---|
| 1 | ApexLink629 | A3A612005200GQ |
| 2 | ApexLink187 | A23B4Z4U6RQL8N |
| 3 | ApexLink704 | A2RKPP3IAAFOCJ |
| 4 | ApexLink011 | ALNAKLN1VLZUJ |
| 5 | ApexLink358 | A2N4LLOVADNAXP |
| 6 | ApexLink916 | A2QPU62XP5SAKQ |
| 7 | ApexLink273 | A16LSQO5C9PMA0 |
| 8 | ApexLink541 | ANZPUL7HOBC1X |
| 9 | ApexLink802 | A2O48OYNE0Y51M |
| 10 | ApexLink495 | AZS7VYLMIRXYJ |
| 11 | ApexLink230 | A3OJLU4F5SHHUJ |
| 12 | ApexLink781 | A2XMSOCSEEKI5Q |
| 13 | ApexLink056 | A2YIG5IOCX69KD |
| 14 | ApexLink319 | A7JVRRRC16K3Y |
| 15 | ApexLink947 | AK5LESK4LNKDA |
| 16 | ApexLink125 | A2TY2Y8VDF48 |
| 17 | ApexLink413 | A2G5RAX4L9OLGM |
| 18 | ApexLink892 | A1OX0JF36EY7HQ |
| 19 | ApexLink508 | A3AHT0Y1ZQ0TON |
| 20 | ApexLink264 | A2GN1T17O8IGMX |
| 21 | ApexLink736 | A29VW6Z6S9TRWK |
| 22 | ApexLink091 | A3VDG3CXOYWWVS |
| 23 | ApexLink385 | AH1VMR8WFNGG5 |
| 24 | ApexLink972 | AYY4A17ZOZKQ7 |
| 25 | ApexLink148 | AJI3BBHYDTI6O |
| 26 | ApexLink094 | A70V9N4B73CYY |

| 27 | ApexLink034 | A3LZ1UCUGEOH9G |
| 28 | ApexLink328 | A1YN3P1VGXYELA |
| 29 | ApexLink603 | A31SGCK4UUU0MP |
| 30 | ApexLink459 | A2KUF1BSWTZKRD |
| 31 | ApexLink827 | A24BWNE9JGO8H1 |
| 32 | ApexLink510 | A21Q8GVMKL0LGM |
| 33 | ApexLink296 | A9E74ER649SQU |
| 34 | ApexLink761 | A3S1ZBMTHP9S3X |
| 35 | ApexLink950 | AE24VZK74PD2B |
| 36 | ApexLink179 | A30F0CWDH58SGP |
| 37 | ApexLink642 | A13CRYFFJ2ZYOU |
| 38 | ApexLink486 | A78I2WR8EF0WC |
| 39 | ApexLink815 | A1AFKCJE5DTOX |
| 40 | ApexLink573 | AHQBUKRXBN7KT |
| 41 | ApexLink207 | A1GMEFD7IUR1US |
| 42 | ApexLink798 | A1OD0FJ873I763 |
| 43 | ApexLink670 | A1XG0CXUYPWEOZ |
| 44 | ApexLink061 | AU9XBWD2RXTX1 |
| 45 | ApexLink394 | A2PKVVXU3E0SOV |
| 46 | ApexLink935 | A29SF32UU28VM4 |
| 47 | ApexLink152 | A8OHUMPVBGAY7 |
| 48 | ApexLink680 | A2WRKJSDRLIA8N |
| 49 | ApexLink427 | AXO8SRJ2O8XM |
| 50 | ApexLink851 | ANGGDKTTKJ8LL |
| 51 | ApexLink539 | A2K0YAUIZ3WYQV |
| 52 | ApexLink216 | AERDEFRLMKIB0 |
| 53 | ApexLink743 | A2EGXY2CT9O1HM |

| 54 | ApexLink085 | A3ATLC96LAFG6K |
| 55 | ApexLink362 | A16LNOORNOYW3U |
| 56 | ApexLink907 | A1T8VIETAH7K2X |
| 57 | ApexLink194 | ALA8YDRAK3YDU |
| 58 | ApexLink658 | A75M5F9PT5F5V |
| 59 | ApexLink471 | A23VN7UWQI8U3J |
| 60 | ApexLink836 | A13NO70D6WDOFX |
| 61 | ApexLink520 | A1WM37OSCV2KL2 |
| 62 | ApexLink289 | A3EWEXMDUHL0CE |
| 63 | ApexLink715 | A2873XBWSHNAWI |
| 64 | ApexLink047 | A15AQ42YEVCY60 |
| 65 | ApexLink331 | A9AZXUO3XFM1F |
| 66 | ApexLink314 | A29PBRQB8JIS2I |
| 67 | ApexLink601 | A3SELHIB0XHRQQ |
| 68 | ApexLink968 | A3H6WTOAI75QTX |
| 69 | ApexLink402 | A39YG4JGT3HEBK |
| 70 | ApexLink874 | AUPHPG8VZLGTW |
| 71 | ApexLink130 | A2LA9UUHBFN22R |
| 72 | ApexLink695 | A1HPS2N7L2IKMN |
| 73 | ApexLink024 | AHAZYDWM7S0NJ |
| 74 | ApexLink081 | A2E54EWA3R7EGU |
| 75 | ApexLink569 | A1W31DYBR5XB7W |
| 76 | ApexLink223 | A3FVVI9YZW6KVX |
| 77 | ApexLink757 | A3TIJX0G6T0JYV |
| 78 | ApexLink018 | AVJGD3OKPQHYZ |
| 79 | ApexLink921 | A30GNITCL2D0OY |
| 80 | ApexLink376 | A6X9TJNEMQMTY |

| 81 | ApexLink619 | A1F30G85IQKVAF |
|---|---|---|
| 82 | ApexLink445 | A11TT8S8J6MVXA |
| 83 | ApexLink880 | AYQW1XPSAAOOL |
| 84 | ApexLink164 | A1V86CGSEY4Z1N |
| 85 | ApexLink553 | A30QEZJ7481MQA |
| 86 | ApexLink257 | A26TWLH462JQMA |
| 87 | ApexLink726 | A3R3WRVNUKFCU5 |
| 88 | ApexLink072 | A2DAOYIJ8RFFWT |
| 89 | ApexLink340 | AO629AKY4KKM6 |
| 90 | ApexLink983 | A15KC9W6MGSUO3 |
| 91 | ApexLink115 | A1DR1RGE0L6OGU |
| 92 | ApexLink667 | A2TZVSQBCVPXI6 |
| 93 | ApexLink438 | A1WR3WX6D6VW9J |
| 94 | ApexLink849 | A2B3HR6F43HT5F |
| 95 | ApexLink581 | A291HV4DCDXXL7 |
| 96 | ApexLink242 | A3MFUGZM9WX18R |
| 97 | ApexLink770 | A27AY684K51LYK |
| 98 | ApexLink029 | A3VUSZ00BWH5VE |
| 99 | ApexLink306 | A14O2GUPYUX4M1 |
| 100 | ApexLink994 | A2RMV3LJJ59QVP |
| 101 | ApexLink108 | A2N0OYF477WSZE |
| 102 | ApexLink014 | A3JUOJPYEHV2KF |
| 103 | ApexLink184 | A19GPPI4W1V61F |
| 104 | ApexLink058 | A1Z23KC93SPWFS |
| 105 | HFDXF025 | A2954CZOS0VU2Y |
| 106 | HFDXF770 | A2AUTV0TJ33O1Q |
| 107 | HFDXF190 | A169FKPGPMWQZY |

| 108 | HFDXF177 | A1SACN38JMZC08 |
| 109 | HFDXF203 | A3038LJSQ3EDKP |
| 110 | HFDXF072 | A114HM9E23XHQ2 |
| 111 | EXDCH042 | A33OBK0O9RDRFY |
| 112 | EXDCH956 | AOGBVE9HG3H6D |
| 113 | EXDCH234 | AS54XQZCT20BE |
| 114 | EXDCH714 | A1N03ZPES0RV41 |
| 115 | EXDCH285 | AEST2NPN218HS |
| 116 | EXDCH291 | AT0JQKJPY0IU8 |
| 117 | EXDCH185 | ANEBFV6E2REIO |
| 118 | EXDCH162 | A1VD95I0CQ8GDQ |
| 119 | EXDCH204 | A1V2OB4D0W0KEV |
| 120 | EXDCH615 | A1GVB1BNCQYMQQ |
| 121 | EXDCH397 | A25W3TC8H1FA15 |
| 122 | EXDCH832 | A2NDKX73JFU0CX |
| 123 | EXDCH606 | A3AHTZ4S9AY648 |
| 124 | EXDCH813 | A3K1QCFRB9MN14 |
| 125 | EXDCH700 | A2IEG8QEO7HQ4M |
| 126 | EXDCH929 | A1Z1E2L2V2CF4P |
| 127 | EXDCH966 | A25FCS9AJFIUL1 |
| 128 | EXDCH907 | A3BE94PAQ8OCVY |
| 129 | EXDCH169 | A3HFJDH57OK8GC |
| 130 | EXDCH201 | A3W32OEXETYLIV |
| 131 | EXDCH558 | A1JNG2YW5E6VCM |
| 132 | EXDCH186 | A1R6G8OPYGSK0I |
| 133 | EXDCH768 | A2ZZ2173IWUTHH |
| 134 | EXDCH660 | A33224VWSARI9U |

| | | |
|---|---|---|
| 135 | EXDCH571 | A1K4G86UJHE3UJ |
| 136 | EXDCH651 | A2MJAD43EEX54Y |
| 137 | EXDCH688 | A31Q8BJDVRI213 |
| 138 | EXDCH601 | A3GY1LDODYM3E6 |
| 139 | EXDCH704 | AKXO2E5Q0CV3U |
| 140 | EXDCH340 | A1ULDORBDE5IKF |
| 141 | EXDCH374 | A3QKACQCY2PLBE |
| 142 | EXDCH131 | A210O2AOSFN49A |
| 143 | EXDCH639 | A2J1HUMO6GKWJK |
| 144 | EXDCH500 | AWXA9BZSK8Z6T |
| 145 | EXDCH549 | A2J5E9QR1EAD5 |
| 146 | EXDCH900 | A35CGL5TG8NPS2 |
| 147 | EXDCH960 | A939JT90VPN02 |
| 148 | EXDCH182 | A30T9FGZNWTJTX |
| 149 | EXDCH586 | A1AA5FA7XLJSL9 |
| 150 | EXDCH459 | A2VQX7JL4VM7CY |
| 151 | EXDCH120 | A1HG7OHOR7VVKC |
| 152 | HCGGC317 | A58PRHK2AUS1O |
| 153 | EXDCH197 | A3RHH2KH280EQ5 |
| 154 | EXDCH689 | A2CLWHU5DQHMD7 |
| 155 | EXDCH745 | ASTXUDYN2CIZE |
| 156 | EXDCH749 | A39194BPEGD701 |
| 157 | EXDCH906 | A2BH1N8O6M1US0 |
| 158 | EXDCH133 | A34P219WHMDY2T |
| 159 | EXDCH433 | APJ12KCTU8DC4 |
| 160 | EXDCH629 | ACCM0JBELURD9 |
| 161 | EXDCH070 | AZ7YW9SERVU40 |

| 162 | EXDCH914 | AFSUD4VKUMBNN |
| 163 | EXDCH306 | A1420WKJX7NJIX |
| 164 | EXDCH236 | A3H2BZ7TJPBUU4 |