# Exhibit  A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NEXTCLIMB INVESTMENTS, LLC<br><br>         Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>         Defendants. | Civil Action No. 1:26-cv-05593<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF SERVICE

I, Shaoyi Che, declare as follows:

1. I am an attorney at law, duly admitted to practice before the United States District Court for the Northern District of Illinois. I am an attorney for Plaintiff NextClimb Investments LLC ("Plaintiff"). Except as otherwise expressly stated herein, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify thereto.

2. On May 20, 2026, this Court entered an Order [20] permitting Plaintiff to complete service of process on Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by sending emails to Defendants individually at the e-mail addresses provided by third parties, with copies of the Second Amended Complaint, Summons, and other relevant documents.

3. I hereby certify that on June 9, 2026, I, or someone working under my direction, sent an e-mail to the e-mail addresses associated with Defendants, as obtained from third-party provider, which included attachments of the relevant documents. A true and correct copy of such e-mail is attached hereto as Exhibit A.

1

4.  The completed Return of Service form is attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 9, 2026

*Shaoyi Che*
_____

Shaoyi Che

2