# Exhibit A

**Tuesday, June 9, 2026 at 22:13:17 China Standard Time**

| | |
|---|---|
| **Subject:** | Case No. 1:26-cv-5593 – Service of Process – NextClimb Investments, LLC v. Schedule A |
| **Date:** | Tuesday, June 9, 2026 at 22:05:47 China Standard Time |
| **From:** | Jing He |
| **To:** | Litigation Admin |
| **BCC:** | 15989884331@163.com, liuxiangdongkk003@outlook.com, 19878002024@163.com, ymxzcc789@outlook.com, biuoluo@yeah.net, 13377979397@163.com, chipmunk111@163.com, zhangyanjiao2025@163.com, wyanyan02@163.com, leixia012315@outlook.com, harden0824hui@outlook.com, annielkc@163.com, lfsyaoye@outlook.com, 576345690@qq.com, ipeyb0t@outlook.com, 13037641618@163.com, duan5526590@163.com, lizuoping3382@outlook.com, 19036859839@163.com, aisikaqilar@hotmail.com, txt13357645996@outlook.com, 19036791871@163.com, dhsiemdi27@outlook.com, chicaicao@126.com, qpyyrz582mz7@163.com, 2668218916@qq.com, ww1264829374@163.com, huiyike63@outlook.com, niuzhuanshou@163.com, liuhouyun383@outlook.com, naemem293@gmail.com, obultimate8277mess@163.com, 115797427@qq.com, zhoujun508@sohu.com, 13893093088@163.com, du5766@163.com, lishengli1168@163.com, 19910722229@163.com, andiuly@163.com, yangyawenjing@outlook.com, xiangchigancui@yeah.net, fengenlongam3z@outlook.com, xzq3aj1@163.com, yml2025221@163.com, 15277155378@163.com, 18305618967@163.com, xuxiaodong84524@163.com, 13648736792@163.com, tl19131394195@outlook.com, dangxiaolihun@126.com, juquexinxi@163.com, ivette010_us@163.com, xindalou@163.com, 19524905495@163.com, wamanhonghong@163.com, huang878633@163.com, tongxwm@163.com, 13049776789@163.com, aqa2057@163.com, 17328376339@163.com, pattibarkern21@outlook.com, gaoyingfeng7941@outlook.com, huaqunjingli@163.com, 15670213859@163.com, lx11469@outlook.com, qinyiding11280534@163.com, 18337408813@163.com, nvwi83@163.com, magaobomgb07@outlook.com, bronwyngommer709@outlook.com, gwyweq@163.com, a17816698826@163.com, liutongduanbeiceliubing@outlook.com, kuzichi2025@yeah.net, tianyoulxg37911@163.com, guodongxing7511@outlook.com, lichanglong19890215@outlook.com, xianfumaop@163.com, m18501457042@163.com, nomalu@126.com, v73612@163.com, jinrijingxuan@yeah.net, swzj9092@outlook.com, yongzhixiangmaoyi@outlook.com, telinong32222@126.com, 16605260971@163.com, ss202aymf4064@163.com, supingsspp12@outlook.com, liangbingsheng1999@outlook.com, yone7ona@126.com, vplusdirect@foxmail.com, oyyqws@163.com, d4002angcyu@outlook.com, 15965320865@163.com, sdfgdsyrsw163321@163.com, l1733961417@163.com, knpj4194@outlook.com, doremifeifei@163.com, xiguanup@163.com, maizhong8sz@163.com |
| **Attachments:** | 20_EX PARTE TEMPORARY RESTRAINING ORDER .pdf, 16_Exhibit 2.pdf, 16_Exhibit 3.pdf, 16_Exhibit 4.pdf, 16_Schedule A.pdf, 16_SECOND AMENDED complaint by NextClimb.pdf, 17_Declaration of Shaoyi Che.pdf, 17_Exhibit 1.pdf, 17_Exhibit 2.pdf, 17_Memorandum in Support of Plaintiff's TRO Motion.pdf, 17_TRO MOTION by Plaintiff NextClimb .pdf, 23_Memorandum in Support of Plaintiffs Motion to Extend TRO.pdf, 23_MOTION by Plaintiff NextClimb to Extend TRO.pdf, 24_Minute Entry granting extension of TRO and PI hearing.pdf, 5593 Summons.pdf |

To Whom It May Concern,

We represent Plaintiff NextClimb Investments, LLC in the above-referenced action pending in the United States District Court for the Northern District of Illinois.

On May 21, 2026, the Court issued the Summons in this action. Pursuant to the Court's Order authorizing electronic service of process, you are hereby served with the Summons, Second Amended Complaint, TRO and other related documents in this matter via the attachments and links set forth below.

☐ DocketEntry_05-20-2026_18_Exhibit 1 - Part 1.pdf
☐ DocketEntry_05-20-2026_18_Exhibit 1 - Part 2.pdf
☐ 18_Exhibit 1 - Part 3.pdf  ☐ 19_Exhibit 1 - Part 4.pdf
☐ 19_Exhibit 1 - Part 5.pdf  ☐ 19_Exhibit 1 - Part 6.pdf

1 of 2

We strongly recommend that you promptly retain qualified U.S. counsel to represent you in this matter.

**Your response to the Complaint is due within 21 days of service.**

If you believe that you have been improperly identified in this case or received this email in error, please contact us at litigationadmin@yzlaw.com and info@yzlaw.com. To assist in our review, please provide:
the email address associated with your store/account;
your store name and URL;
any relevant platform account identifiers.

**Failure to respond to this action may result in entry of default judgment and further relief against you.**

Best regards,
YoungZeal LLP
Counsel for Plaintiff