**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

NEXTCLIMB INVESTMENTS, LLC
       Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

       Defendants.

Civil Action No. 1:26-cv-05593

**Honorable Matthew F. Kennelly**

## JOINT MOTION FOR AN ORDER DIRECTING E-COMMERCE PLATFORM TO RELEASE FUNDS FOR SETTLEMENT

Plaintiff Nextclimb Investments LLC ("Plaintiff"), and Defendants, by and through their undersigned counsel, respectfully move this Court for an Order directing Amazon.com Inc. and Amazon.com Services LLC (collectively, "Amazon"), to release funds from Defendant's Amazon account to Plaintiff or its Counsel pursuant to the Confidential Settlement Agreements entered into by the Parties. In support of this Motion, Plaintiff states the following:

1. On June 19, 2026, Defendants jointly reached a settlement with Plaintiff for the amount specified in Exhibit 1.

2. In the Confidential Settlement Agreement executed by the parties, Defendants authorized and requested that the Settlement be paid directly from the funds currently restrained by the Preliminary Injunction Order issued by this Court.

3. Since, under the Preliminary Injunction Order issued by this Court, Amazon was ordered to block all money transfers until further orders from this Court, Amazon requires an order from this Court directing Amazon to release the funds in

1

Defendants' Amazon account to Plaintiff or its counsel.

4.  Therefore, Parties respectfully request entry of the proposed order directing Amazon to transfer all restrained funds in Defendants' Amazon account, up to the amount specified in Exhibit 1, to Plaintiff's counsel.

WHEREFORE, the Parties respectfully request that the Court enter an order directing Amazon to release all restrained funds in Defendants' account to Plaintiff's Counsel, up to the amount specified in Exhibit 1.

Date: June 23, 2026

Respectfully submitted
By: */s/ Shaoyi Che*
Shaoyi Che
TX# 24139843
*Admitted to N.D.Ill.*
YoungZeal LLP
9355 John W. Elliott Dr, Ste 25555
Frisco, TX 75033
Telephone: (717) 440-3382
che@yzlaw.com
*Attorney for Plaintiff*

By:     /s/ *Bole Yuan*
Bole Yuan

**LAW OFFICE OF BOLE YUAN, ESQ.**
204 S 3rd St
Philadelphia, PA 19106
stevenyuan@lawvictor-ip.com
Tel: 215-901-8324
*Attorney for Defendants*

2

## CERTIFICATE OF SERVICE

I, Shaoyi Che, hereby certify that on June 23, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all participating counsel of record.

/s/ *Shaoyi Che*
Shaoyi Che

**EXHIBIT 1**

| Doe NO. | Store Name | Seller ID | Settlement Amount (USD) |
|---|---|---|---|
| 1 | ApexLink629 | A3A612005200GQ | $6,764.00 |
| 2 | ApexLink187 | A23B4Z4U6RQL8N | $2,774.55 |
| 3 | ApexLink704 | A2RKPP3IAAFOCJ | $4,714.37 |
| 4 | ApexLink011 | ALNAKLN1VLZUJ | $7,534.83 |
| 5 | ApexLink358 | A2N4LLOVADNAXP | $3,169.72 |
| 6 | ApexLink916 | A2QPU62XP5SAKQ | $1,158.02 |
| 7 | ApexLink273 | A16LSQO5C9PMA0 | $1,000.00 |
| 8 | ApexLink541 | ANZPUL7HOBC1X | $2,340.00 |
| 9 | ApexLink802 | A2O48OYNE0Y51M | $1,184.56 |
| 10 | ApexLink495 | AZS7VYLMIRXYJ | $6,270.97 |
| 11 | ApexLink230 | A3OJLU4F5SHHUJ | $4,284.00 |
| 12 | ApexLink781 | A2XMSOCSEEKI5Q | $848.21 |
| 13 | ApexLink056 | A2YIG5IOCX69KD | $4,548.48 |
| 14 | ApexLink319 | A7JVRRRC16K3Y | $3,925.44 |
| 15 | ApexLink947 | AK5LESK4LNKDA | $3,050.27 |
| 16 | ApexLink125 | A2TY2Y8VDF48 | $4,436.98 |
| 17 | ApexLink413 | A2G5RAX4L9OLGM | $12,577.11 |
| 18 | ApexLink892 | A1OX0JF36EY7HQ | $2,859.73 |
| 19 | ApexLink508 | A3AHT0Y1ZQ0TON | $1,741.62 |
| 20 | ApexLink264 | A2GN1T17O8IGMX | $9,180.26 |
| 21 | ApexLink736 | A29VW6Z6S9TRWK | $10,188.70 |
| 22 | ApexLink091 | A3VDG3CXOYWWVS | $3,338.78 |
| 23 | ApexLink385 | AH1VMR8WFNGG5 | $16,400.14 |
| 24 | ApexLink972 | AYY4A17ZOZKQ7 | $3,686.39 |
| 25 | ApexLink148 | AJI3BBHYDTI6O | $2,420.72 |
| 26 | ApexLink094 | A70V9N4B73CYY | $11,546.08 |
| 27 | ApexLink034 | A3LZ1UCUGEOH9G | $841.21 |
| 28 | ApexLink328 | A1YN3P1VGXYELA | $20,295.00 |
| 29 | ApexLink603 | A31SGCK4UUU0MP | $74,345.32 |
| 30 | ApexLink459 | A2KUF1BSWTZKRD | $6,991.70 |
| 31 | ApexLink827 | A24BWNE9JGO8H1 | $31,606.61 |
| 32 | ApexLink510 | A21Q8GVMKL0LGM | $8,181.03 |
| 33 | ApexLink296 | A9E74ER649SQU | $10,364.36 |

| 34 | ApexLink761 | A3S1ZBMTHP9S3X | $14,211.73 |
| 35 | ApexLink950 | AE24VZK74PD2B | $18,659.80 |
| 36 | ApexLink179 | A30F0CWDH58SGP | $17,327.13 |
| 37 | ApexLink642 | A13CRYFFJ2ZYOU | $13,709.29 |
| 38 | ApexLink486 | A78I2WR8EF0WC | $177,571.18 |
| 39 | ApexLink815 | A1AFKCJE5DTOX | $25,132.99 |
| 40 | ApexLink573 | AHQBUKRXBN7KT | $18,960.72 |
| 41 | ApexLink207 | A1GMEFD7IUR1US | $1,450.00 |
| 42 | ApexLink798 | A1OD0FJ873I763 | $9,366.97 |
| 43 | ApexLink670 | A1XG0CXUYPWEOZ | $5,532.42 |
| 44 | ApexLink061 | AU9XBWD2RXTX1 | $5,423.36 |
| 45 | ApexLink394 | A2PKVVXU3E0SOV | $3,924.54 |
| 46 | ApexLink935 | A29SF32UU28VM4 | $4,144.28 |
| 47 | ApexLink152 | A8OHUMPVBGAY7 | $4,153.00 |
| 48 | ApexLink680 | A2WRKJSDRLIA8N | $2,807.00 |
| 49 | ApexLink427 | AXO8SRJ2O8XM | $28,000.00 |
| 50 | ApexLink851 | ANGGDKTTKJ8LL | $4,561.00 |
| 51 | ApexLink539 | A2K0YAUIZ3WYQV | $2,376.20 |
| 52 | ApexLink216 | AERDEFRLMKIB0 | $1,442.26 |
| 53 | ApexLink743 | A2EGXY2CT9O1HM | $10,008.35 |
| 54 | ApexLink085 | A3ATLC96LAFG6K | $5,072.47 |
| 55 | ApexLink362 | A16LNOORNOYW3U | $7,856.47 |
| 56 | ApexLink907 | A1T8VIETAH7K2X | $2,195.40 |
| 57 | ApexLink194 | ALA8YDRAK3YDU | $3,434.07 |
| 58 | ApexLink658 | A75M5F9PT5F5V | $869.52 |
| 59 | ApexLink471 | A23VN7UWQI8U3J | $1,169.40 |
| 60 | ApexLink836 | A13NO70D6WDOFX | $3,450.00 |
| 61 | ApexLink520 | A1WM37OSCV2KL2 | $7,835.57 |
| 62 | ApexLink289 | A3EWEXMDUHL0CE | $27,099.95 |
| 63 | ApexLink715 | A2873XBWSHNAWI | $27,292.13 |
| 64 | ApexLink047 | A15AQ42YEVCY60 | $6,714.33 |
| 65 | ApexLink331 | A9AZXUO3XFM1F | $2,737.00 |
| 66 | ApexLink314 | A29PBRQB8JIS2I | $12,450.28 |
| 67 | ApexLink601 | A3SELHIB0XHRQQ | $45,031.88 |
| 68 | ApexLink968 | A3H6WTOAI75QTX | $9,613.02 |
| 69 | ApexLink402 | A39YG4JGT3HEBK | $945.62 |
| 70 | ApexLink874 | AUPHPG8VZLGTW | $2,446.36 |
| 71 | ApexLink130 | A2LA9UUHBFN22R | $6,284.79 |
| 72 | ApexLink695 | A1HPS2N7L2IKMN | $2,946.26 |

| 73 | ApexLink024 | AHAZYDWM7S0NJ | $66,732.00 |
|---|---|---|---|
| 74 | ApexLink081 | A2E54EWA3R7EGU | $1,185.00 |
| 75 | ApexLink569 | A1W31DYBR5XB7W | $699.00 |
| 76 | ApexLink223 | A3FVVI9YZW6KVX | $3,880.00 |
| 77 | ApexLink757 | A3TIJX0G6T0JYV | $5,967.41 |
| 78 | ApexLink018 | AVJGD3OKPQHYZ | $19,043.25 |
| 79 | ApexLink921 | A30GNITCL2D0OY | $2,088.17 |
| 80 | ApexLink376 | A6X9TJNEMQMTY | $22,602.11 |
| 81 | ApexLink619 | A1F30G85IQKVAF | $12,454.40 |
| 82 | ApexLink445 | A11TT8S8J6MVXA | $3,459.93 |
| 83 | ApexLink880 | AYQW1XPSAAOOL | $11,584.55 |
| 84 | ApexLink164 | A1V86CGSEY4Z1N | $1,716.93 |
| 85 | ApexLink553 | A30QEZJ7481MQA | $2,876.98 |
| 86 | ApexLink257 | A26TWLH462JQMA | $11,260.00 |
| 87 | ApexLink726 | A3R3WRVNUKFCU5 | $7,982.00 |
| 88 | ApexLink072 | A2DAOYIJ8RFFWT | $4,900.00 |
| 89 | ApexLink340 | AO629AKY4KKM6 | $49,800.00 |
| 90 | ApexLink983 | A15KC9W6MGSUO3 | $2,180.00 |
| 91 | ApexLink115 | A1DR1RGE0L6OGU | $4,945.60 |
| 92 | ApexLink667 | A2TZVSQBCVPXI6 | $2,518.06 |
| 93 | ApexLink438 | A1WR3WX6D6VW9J | $2,616.58 |
| 94 | ApexLink849 | A2B3HR6F43HT5F | $3,348.84 |
| 95 | ApexLink581 | A291HV4DCDXXL7 | $3,548.51 |
| 96 | ApexLink242 | A3MFUGZM9WX18R | $5,911.18 |
| 97 | ApexLink770 | A27AY684K51LYK | $2,884.00 |
| 98 | ApexLink029 | A3VUSZ00BWH5VE | $3,671.00 |
| 99 | ApexLink306 | A14O2GUPYUX4M1 | $9,452.00 |
| 100 | ApexLink994 | A2RMV3LJJ59QVP | $2,514.92 |