**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| | : | |
| NEXTCLIMB INVESTMENTS LLC, | : | |
| *Plaintiff,* | : | |
| | : | **Civil Action No.: 1:26-cv-05593** |
| v. | : | |
| | : | |
| THE PARTNERSHIPS AND | : | Hon. Judge Matthew F. Kennelly |
| UNINCORPORATED ASSOCIATIONS | : | |
| IDENTIFIED ON SCHEDULE A, | : | |
| *Defendants.* | : | |
| | : | |

**DECLARATION**

**[REDACTED AND REQUESTED TO FILE UNDER SEAL]**

1