**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| NEXTCLIMB INVESTMENTS LLC, <br> *Plaintiff,* <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br> *Defendants.* | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | **Civil Action No.: 1:26-cv-05593** <br><br> Hon. Judge Matthew F. Kennelly |

**DEFENDANTS' MOTION FOR LEAVE TO
FILE EXHIBITS UNDER SEAL (AGREED)**

Defendants identified in Schedule A to Second Amended Complaint [ECF No. 16-1] (the "Defendants"), by and through their undersigned counsel, respectfully move for leave to file the Declaration of Defendants' joint operating director and the accompanying exhibits 2-4 under seal and state as follows:

1. On June 25, 2026, this Court issued a Minute Entry requiring parties to submit "documentary support for contention that the amounts sought to be transferred are supported by settlements with each of the defendants named." [ECF No. 33].

2. In response to the Court's directive, Defendants submit the Declaration of their joint operating director (the "Declaration") and accompanying exhibits concurrently with the Revised Joint Motion for an Order Directing E-Commerce Platform to Release Funds.

3. Under Local Rule 26.2(b), the court may for good cause shown enter an order directing that one or more documents be filed under seal.

4. Here, good cause exists because the documents requested to be filed under seal contain not only confidential settlement communications, but also sensitive information regarding

1

Defendants' business operations, specifically –

    a.    The Declaration contains confidential settlement communications and sensitive information regarding Defendants' business operations;

    b.    The national identification card of the declarant in Exhibit 2 contains the declarant's Chinese identification number, which is private personal information akin to the social security number of a U.S. person;

    c.    The Confidential Settlement Agreement in Exhibit 3 is in itself confidential as agreed by the parties, and the disclosure would undermine the parties expectations of confidentiality; further, it is submitted for the sole purpose to verify the existence and amount of the settlement pursuant to the Order's directive; and

    d.    The documents identified in Exhibit 4 contain commercially sensitive business information of Defendants, including overviews of Defendants' business activities and inventory, the communications between Defendants' and Amazon, and Defendants' global account information.

5.    Public disclosure of these materials would reveal confidential settlement terms, commercially sensitive information, and information exchanged during settlement negotiations. Such disclosure would undermine the parties' confidentiality obligations and could prejudice future settlement efforts.

6.    Plaintiff agrees to file these documents under seal.

**WHEREFORE**, Defendants respectfully request that the Court grant Defendant leave to file the Declaration and accompanying exhibits to the Revised Joint Motion for an Order Directing E-Commerce Platform to Release Funds under seal.

Date: June 30, 2026               Respectfully submitted

By:     /s/ *Bole Yuan*
        Bole Yuan

        **LAW OFFICE OF BOLE YUAN, ESQ.**
        204 S 3rd St
        Philadelphia, PA 19106
        stevenyuan@lawvictor-ip.com
        Tel: 215-901-8324
        *Attorney for Defendants*