**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NEXTCLIMB INVESTMENTS, LLC<br>                    Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE A,<br><br>                    Defendants. | Civil Action No 1:26-cv-05593<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S STATUS REPORT**

Plaintiff NextClimb Investments, LLC, by and through its undersigned counsel, respectfully submits this status report to advise the Court of the current status of this matter.

Plaintiff has reached settlement with all 100 Defendants in this action. On July 2, 2026, the Court entered its Order Directing E-Commerce Platform to Release Funds. Dkt. 37. Plaintiff notified Amazon of the Court's Order on the same day. Plaintiff is still currently awaiting Amazon's compliance with the Court's Order. On experience, this process should not take more than another 14 days. Plaintiff will file appropriate document to conclude the case once that process is completed.

Date: July 13, 2026

Respectfully submitted
By: */s/ Shaoyi Che*
    Shaoyi Che
    TX# 24139843
    YoungZeal LLP
    9355 John W. Elliott Dr, Ste 25555
    Frisco, TX 75033
    Telephone: (717) 440-3382
    che@yzlaw.com

1

## CERTIFICATE OF SERVICE

I, Shaoyi Che, hereby certify that on July 13, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all participating counsel of record.

*/s/ Shaoyi Che*
Shaoyi Che

2