**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NEXTCLIMB INVESTMENTS, LLC<br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Civil Action No 1:26-cv-05593<br><br>**JURY TRIAL DEMANDED** |

# PLAINTIFF'S STATUS REPORT

Plaintiff NextClimb Investments, LLC, by and through its undersigned counsel, respectfully submits this status report to advise the Court of the current status of this matter.

Plaintiff has reached settlement with all 100 Defendants in this action. On July 2, 2026, the Court entered its Order Directing E-Commerce Platform to Release Funds. Dkt. 37. Plaintiff notified Amazon of the Court's Order on the same day. Amazon has still not transferred the funds, advising that the higher amount requires additional approvals which delayed the transfer.

Plaintiff followed up with Amazon again today. If the funds are not transferred by the end of this week, Plaintiff will file an appropriate motion to accelerate the process.

Date: August 11, 2026

Respectfully submitted
By: */s/ Shaoyi Che*

Shaoyi Che
TX# 24139843
YoungZeal LLP
9355 John W. Elliott Dr, Ste 25555
Frisco, TX 75033
Telephone: (717) 440-3382
che@yzlaw.com

**CERTIFICATE OF SERVICE**

I, Shaoyi Che, hereby certify that on August 11, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all participating counsel of record.

*/s/ Shaoyi Che*
Shaoyi Che