**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NEXTCLIMB INVESTMENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | Case No. 1:26-cv-5593<br><br>Honorable Judge Matthew F. Kennelly |

**THIRD-PARTY AMAZON.COM, INC.'S MOTION FOR LEAVE TO SUBMIT MOTION *EX PARTE* AND *IN CAMERA***

Third-party Amazon.com, Inc. ("Amazon") respectfully moves for leave to submit *ex parte* and *in camera* its Motion to Stay Enforcement of the Court's July 2, 2026 Transfer Order (Dkt. 37) (the "Transfer Order").

Amazon is presently subject to the Transfer Order, which directs Amazon to transfer funds held in certain Defendants' seller accounts to Plaintiff's counsel. In connection with its obligations under that Order, Amazon has identified sensitive information that it believes warrants the Court's consideration before Amazon completes the transfers.

Disclosure of that information at this time could prejudice Amazon's interests. Amazon therefore respectfully requests leave to present the information to the Court *ex parte* and *in camera* so that the Court may consider it without requiring its further disclosure at this time.

In accordance with Local Rule 5.5(d), Amazon is separately submitting a supporting declaration pursuant to 28 U.S.C. § 1746 establishing the basis for withholding service and stating whether any previous application for similar relief has been made.

Amazon's proposed *ex parte* submission seeks limited interim relief designed to preserve the status quo while the Court considers the information presented.

Amazon respectfully submits that this procedure will permit the Court to consider information relevant to Amazon's obligations under the Transfer Order while protecting sensitive information from further disclosure at this time. Amazon therefore respectfully requests leave to submit its Motion to Stay Enforcement of the Transfer Order *ex parte* and *in camera*, and for such other relief as the Court deems appropriate.

Dated: August 24, 2026

Respectfully submitted,

By: /s/ *Thomas Holt*

**KILPATRICK TOWNSEND & STOCKTON LLP**
Thomas L. Holt
Jeremy Buxbaum
500 West Madison Street, Suite 3700
Chicago, Illinois 60661
Telephone: (312) 606-3204
Telephone: (312) 268-1705
Email: tholt@ktslaw.com
Email: jbuxbaum@ktslaw.com

*Attorneys for Third-Party Amazon.com, Inc.*

## CERTIFICATE OF SERVICE

I, Thomas L. Holt, certify that on August 24, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

/s/ *Thomas Holt*
Thomas L. Holt
**KILPATRICK TOWNSEND & STOCKTON LLP**
500 W. Madison Street, Suite 3700
Chicago, Illinois 60661
(312) 606-3204