**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

NEXTCLIMB INVESTMENTS, LLC,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.

Case No. 1:26-cv-5593

Honorable Judge Matthew F. Kennelly

**DECLARATION OF JEREMIAH EGGER PURSUANT TO 28 U.S.C. § 1746
IN SUPPORT OF THIRD-PARTY AMAZON.COM, INC.'S MOTION FOR LEAVE
TO SUBMIT MOTION *EX PARTE* AND *IN CAMERA***

I, Jeremiah Egger, declare as follows:

1. I am Corporate Counsel, IP Disputes, for Amazon.com, Inc. ("Amazon"). I submit this declaration in support of Amazon's Motion for Leave to Submit Motion *Ex Parte* and *In Camera*. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently to them.

2. Amazon is subject to the Court's July 2, 2026 Transfer Order, which directs Amazon to transfer certain funds held in Defendants' seller accounts to Plaintiff's counsel.

3. In connection with Amazon's review of its obligations under the Transfer Order, Amazon identified information that raises concerns regarding the requested transfers and that it believes warrants the Court's consideration before additional transfers are completed.

4. The information relates to matters that remain under review by Amazon. Disclosure of that information at this time could prejudice Amazon's interests and impair its ability to complete that review.

5. Amazon therefore seeks leave to present the information to the Court *ex parte* and *in camera*. Service of the proposed submission would disclose the information Amazon seeks to protect and would undermine the purpose of the requested relief.

6. Amazon has *not* previously sought similar relief in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 24, 2026.

Signed by:
0F6C38D564814B1...
______________________________
Jeremiah Egger