**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NEXTCLIMB INVESTMENTS, LLC<br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Civil Action No 1:26-cv-05593<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO ALLOW ATTORNEY THOMAS J. NITSCHKE TO APPEAR ON BEHALF OF PLAINTIFF**

Plaintiff NextClimb Investments, LLC ("Plaintiff"), respectfully requests leave to allow Attorney Thomas J. Nitschke to appear on behalf of Plaintiff for the in-person hearing set for September 9, 2026, at 9:30 a.m., and states the following:

1. Pursuant to the minute entry at Docket 47, counsel of record for the parties were ordered to appear for the in-person hearing set for September 9, 2026, at 9:30 a.m. Specifically, this Court ordered that Attorney Shaoyi Che, counsel of record for Plaintiff, appear in-person.

2. Attorney Che is based in Texas. However, before the hearing date, Attorney Che traveled to Shenzhen, China, for the 2026 Chinese Speaking Lawyers' Convention, under the invitation of the Shenzhen government, from September 1–4, 2026. *See* Decl. of Shaoyi Che ¶ 3

3. Attorney Che promptly planned travel to appear for the in-person hearing as soon as the Court issued its first minute entry setting the in-person hearing on September 8, 2026. *See* Dkt. 46. Attorney Che also checked his passport expiration date, which is valid until

February 2027. *See* Decl. of Shaoyi Che ¶ 4

4. However, on September 7, 2026, U.S. time, or September 8, 2026, local time, Attorney Che was denied carriage by the airline when he attempted to check in for his flight to Chicago, because his passport expires in 5 months and 24 days, while the U.S. Customs and Border Protection requires a foreign passport to be valid for more than six months upon entry. *See* Decl. of Shaoyi Che ¶¶ 4 - 5 & Ex. 1. Attorney Che was not aware of this rule.

5. Attorney Che immediately informed Amazon's counsel and Defendants' counsel of the situation within the next hour, and proposed that either the hearing be continued or that Attorney Che's colleague, Attorney Thomas J. Nitschke, appear on Plaintiff's behalf.

6. Attorney Thomas J. Nitschke is fully apprised of all facts in this case and has appeared in front of this Court for the same Plaintiff in another case in the past.

7. Amazon's counsel and Defendants' counsel do not oppose Plaintiff's request and prefer that the hearing be commenced on September 9, 2026, at 9:30 a.m., with Attorney Thomas J Nitschke appearing on Plaintiff's behalf, if the Court permits.

8. With the Court's leave, Attorney Nitschke will file his appearance and appear at the in-person hearing set for September 9, 2026, at 9:30 a.m.

**WHEREFORE**, Plaintiff respectfully requests that this Court grant Plaintiff leave to allow Attorney Thomas J. Nitschke to appear on behalf of Plaintiff for the in-person hearing set for September 9, 2026, at 9:30 a.m.

Date: September 8, 2026

Respectfully submitted

By: */s/ Shaoyi Che*
Shaoyi Che
TX# 24139843
YoungZeal LLP
9355 John W. Elliott Dr, Ste 25555
Frisco, TX 75033
Telephone: (717) 440-3382
che@yzlaw.com

**CERTIFICATE OF SERVICE**

I, Shaoyi Che, hereby certify that on September 8, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all participating counsel of record.

*/s/ Shaoyi Che*
Shaoyi Che