**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NEXTCLIMB INVESTMENTS, LLC<br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Civil Action No. 1:26-cv-05593<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF SHAOYI CHE**

I, Shaoyi Che, declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in this Declaration is based on my personal knowledge.

2. I am an attorney with YoungZeal LLP, located at 9355 John W. Elliott Dr, Ste 25555, Frisco, TX 75033, and I am admitted to practice in the United States District Court for the Northern District of Illinois. I represent the Plaintiff in this case.

3. I am based in Texas. I traveled to China from September 1 to 4 to attend the 2026 Chinese Speaking Lawyers' Convention held by the Shenzhen Government.

4. As soon as the Court ordered an in-person hearing, I booked flights to return to the US on September 7, 2026. I also checked my passport and made sure that it is valid until February 2027.

5. However, when I attempted to check in for my flight to Chicago, I was denied carriage by the airline because my passport expires in 5 months and 24 days, while the U.S. Customs and Border Protection requires a foreign passport to be valid for more than six months upon entry.

6. Attached hereto as **Exhibit 1** is a true and correct copy of the refusal-of-carriage notice issued to me by Cathay Pacific Airways on September 8, 2026, together with a certified English translation thereof.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 8, 2026

Shaoyi Che

Shaoyi Che

YoungZeal LLP