# Exhibit 1

CATHAY PACIFIC

**Cathay Pacific Airways Limited**
5/F, Central Tower
Cathay Pacific City, 8 Scenic Road
Hong Kong International Airport
Lantau, Hong Kong
www.cathaypacific.com

SHENZHEN ODB TRAN 深圳市欧得宝 翻译 44030

敬启者：CHE/SHAO JI

**拒绝运输**

国泰航空有限公司（国泰航空）特此通知，由于
旅客护照有效期未满6个月.

根据中国民用航空局的公共航空运输旅客服务管理规定，及/或国泰航空乘客及行李运输的一般条款，我们将不会运载您及您的行李于以下航班

日期 ：2026.09.08

航班编号 ：CX 303

出发地 ：PVG

目的地 ：ORD

任何变更客票或退票的要求，将会按照适用的运输条款及客票使用条款办理。

对于有关决定，我们非常遗憾。然而，遵循政府的相关法例，并维护旅客、工作人员及航机的安全及舒适，实为我们的首要任务。

國泰航空有限公司
谨启

日期 ：2026.09.08

CATHAY PACIFIC AIRWAYS LTD 国泰航空有限公司（上海） SHA

CATHAY PACIFIC

Cathay Pacific Airways Limited
5/F, Central Tower
Cathay Pacific City, 8 Scenic Road
Hong Kong International Airport
Lantau, Hong Kong
www.cathaypacific.com

To whom it may concern: CHE/SHAO YI

Refusal of Carriage

Cathay Pacific Airways Limited ("Cathay Pacific") hereby informs that since the passenger's passport has less than six months' validity remaining, in accordance with the regulations of Civil Aviation Administration of China on the management of public air transportation for passengers and/or the general terms of Cathay Pacific Airways on air transportation of passengers and luggage, we will not carry you or your luggage in the following flight:

Date: September 8, 2026

Flight No.: CX 303

Place of departure: PVG

Destination: ORD

Any request to change or refund the ticket is subject to the applicable transportation terms and the regulations on use of passenger tickets.

We deeply regret this decision. However, compliance with applicable government laws and regulations and safeguarding the safety and comfort of passengers and staff, as well as the safety of the aircraft, are our highest priorities.

Cathay Pacific Airways Limited

Sincerely yours

Date: September 8, 2026

Cathay Pacific Airways Limited SHA [1-2]

SHENZHEN ODB TRANSLATION CO., LTD. 深圳市欧得宝翻译有限公司 翻译专用章 4403031019279

SWIRE

# Business License (Duplicate)

**Unified Social Credit Code: 91440300788349389W**

**Company Name:** Shenzhen ODB Translation Co., Ltd.

**Type of Business:** Limited Liability Company

**Place of Business**: 15D#, Block A, Zhenye Building, No. 2014 Bao'an Road South, Luohu District, Shenzhen

**Legal Representative:** Huang Rongfa

**Date of Incorporation:** May 12, 2006

**Important Notes**

1. Business scope of the commercial subject is determined by its articles of association. Any item as specified in the business scope and requiring examination and approval as stipulated by laws and regulations cannot be engaged until all required approval documents have been granted.
2. In terms of business scope, licensed and approved business items of the commercial subject as well as its annual financial reports and other credit information, please visit the commercial subject credit information publicity platform provided by the Market and Quality Supervision Commission of Shenzhen Municipality (http://www.szcredit.com.cn) or scan QR Code as below for query.
3. The commercial subject should submit its annual report for the previous year to its business registration authorities from January 1st to June 30th of every year. The commercial subject should disclose its information to the society in accordance with the provisions of the *Interim Regulation on Enterprise Information Disclosure*.

**Registration Authority:**

Seal: Market Supervision Administration Bureau of Shenzhen Municipality

**November 08, 2018**

Made and Supervised by the State Administration for Industry & Commerce of the People's Republic of China

Translators Association of China

# Membership Certificate

Membership Category: Enterprise/Institution Member

Member Name: Shenzhen ODB Translation Co., Ltd.

Valid until: November 20, 2026

Uniform Number: DD170819

深圳市欧得宝翻译有限公司

Translators Association of China (Seal)

Translators Association of China

November 21, 2024

ata

THE AMERICAN TRANSLATORS ASSOCIATION
Founded in 1959

## *Oudebao Translation Company*

**subscribes to the**
***ATA Code of Professional Conduct and Business Practices***
**and is herewith granted this**

**Certificate of**
**Corporate**
**Membership**
**since**
**2011**

深圳市欧得宝翻译有限公司

Nicholas Hartmann
President

Virginia Perez-Santalla
Secretary

This certificate is valid only in combination with a membership card in good standing in the American Translators Association.

© GOES 746

LITHO IN U.S.A.

ISO 9001

# QUALITY MANAGEMENT SYSTEM CERTIFICATE

**Certificate No.: 46622Q1011586R1S**

**This is to certify that management system of**

**Shenzhen ODB Translation Co., Ltd.**

**Unified social credit code: 91440300788349389W**

Registered Address : 15/D,Block A,Zhenye Building,South Baoan Road, Luohu District,Shenzhen

Business Address: 15/D,Block A,Zhenye Building,South Baoan Road, Luohu District,Shenzhen

**Management system in line with:**

**GB/T19001-2016 /ISO9001:2015**

深圳市奥得宝翻译有限公司

**Scope of certification:**

Translation Services

**Professional code :** 35

**Date of issue:** March 24, 2025

**Date of expire :** March 23, 2028

It is valid for use within the scope of administrative and qualification permission and the period of validity stipulated by the state. The certificated organization shall be subject to supervision and audit on schedule within the period of validity of the certificate. It is valid for use after passing the supervision and audit. The information of this certificate can be found on the official website of the national certification and Accreditation Administration （ www.cnca.gov.cn ） Inquiry。

IAF MEMBER OF MULTILATERAL RECOGNITION ARRANGEMENT

IAS ACCREDITED Management Systems Certification Body

MSCB-374

Shenzhen Zhongxin Certification Testing Co., Ltd. 深圳市中鑫认证检测有限公司

General manager: Tan Yanwen

**Shenzhen Zhongxin certification testing Co., Ltd**

Address: 401-b-5a, Xianke electromechanical building, baguasi Road, Futian District, Shenzhen

Website: www.szccqc.cn