# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

NextClimb Investments LLC

Plaintiff,

v.

Case No.: 1:26−cv−04669

Honorable Matthew F. Kennelly

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 19, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly: The plaintiff in this case has filed a motion asking the Court to order e−commerce platforms to release funds−−in some instances, six−figure amounts−−based on claimed settlements with various parties. Because none of those other parties has appeared in the case, the Court is going to need some verified confirmation of the existence and amounts of the settlements before addressing plaintiff's motion. Plaintiff is directed to supplement its motion in this regard by no later than 6/26/2026. The motion is set for a telephonic hearing on 7/1/2026 at 8:50 AM, using call−in number 650−479−3207, access code 2305−915−8729. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.