# EXHIBIT B

# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: **NextClimb Investments LLC v. The Partnerships and Unincorporated Associations identified on Schedule A**

Case Number: 1:26-cv-04669

An appearance is hereby filed by the undersigned as attorney for:
the list of defendants attached hereto as "Exhibit A"

Attorney name (type or print): Bole Yuan

Firm: Law Office of Bole Yuan, Esq.

Street address: 204 S 3d St

City/State/Zip: Philadelphia, PA 19106

Bar ID Number: PA 327183
(See item 3 in instructions)

Telephone Number: (267)225-8158

Email Address: stevenyuan@lawvictor-ip.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you a member of the court's general bar? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☑ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☑ No |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 06/23/2026

Attorney signature: S/Bole Yuan
(Use electronic signature if the appearance form is filed electronically.)

# Exhibit A

| No. | Store Name | Seller ID |
|---|---|---|
| [redacted] | | [redacted] |
| 2 | HFDXF156 | A70NAZ9L2VF6P |
| 3 | HFDXF059 | A2OS55FD53I9G7 |
| 4 | HFDXF161 | A29F1ILCLKMS4P |
| 5 | HFDXF511 | A1CUZ823MEHTCY |
| 6 | HFDXF842 | A3C0JK17WB8Q42 |
| [redacted] | | [redacted] |
| 8 | HFDXF521 | A3MNGKL6TMPSDQ |
| 9 | HFDXF094 | AZPSTOP487T1 |
| 10 | HFDXF002 | A30CBP6CLBLDLT |
| 11 | HFDXF811 | A17TQPLBN6SRUW |
| [redacted] | | [redacted] |
| 13 | HFDXF915 | A2CR0VY7A7SZXY |
| 14 | HFDXF134 | AS54XQZCT20BE |
| [redacted] | | [redacted] |
| 16 | HFDXF265 | ACX0AA95MXVGJ |
| 17 | HFDXF471 | A26QKLPX9S5T07 |
| 18 | HFDXF868 | A3U4DD1Q8SVEAT |
| 19 | HFDXF598 | A34N27V2OYIRT |
| 20 | HFDXF604 | A3MJZ1LPDA3FTS |
| [redacted] | | [redacted] |
| 22 | HFDXF223 | A2ZIE8ENAD47UX |
| [redacted] | | [redacted] |
| 24 | HFDXF825 | A121LOCP28L5U9 |
| 25 | HFDXF923 | A2QVSVULKHC9AA |

| No. | Store Name | Seller ID |
|---|---|---|
| 26 | HFDXF486 | A3V2EZY7JE74X2 |
| 27 | HFDXF707 | A3D03B0TMHW2PK |
| 28 | HFDXF541 | A2FMM23TDPXN92 |
| 29 | HFDXF500 | A16F4RLTXP10F7 |
| 30 | HFDXF514 | A1DMV8QOAY42Z0 |
| 31 | HFDXF719 | A1GCE8R2UKQAV9 |
| 32 | HFDXF245 | A1DKN11T6Z66JX |
| 33 | HFDXF109 | A73K9EP5QRHHC |
| 34 | HFDXF064 | A2KQ94QEF0XU6T |
| 35 | HFDXF376 | A3SLYGLQLIYG6O |
| 36 | HFDXF057 | A32UWSGMHWN8ZR |
| 37 | HFDXF036 | A18W7APPJTJ3Y0 |
| 38 | HFDXF077 | A1B7DQH8QVT4TG |
| 39 | HFDXF005 | AT7MY3WKIQNG4 |
| 40 | HFDXF055 | A5YPFVTF3DQS8 |
| 41 | HFDXF318 | A2NW36N5ZIM6P |
| 42 | HFDXF715 | A3G7AJDCSHTP3E |
| 43 | HFDXF067 | A2JITJKHMXGZQ4 |
| 44 | HFDXF949 | A247NCI0MGSTJU |
| 45 | HFDXF688 | ACRULEGFYSFM4 |
| 46 | HFDXF528 | A2E3JXY4FK4GA7 |
| 47 | HFDXF356 | AZTIP5AVS5KUI |
| [redacted] | | [redacted] |
| 49 | HFDXF721 | A12MUJPP59TDY5 |
| 50 | HFDXF802 | AP9RGVUJJZ3FA |

| No. | Store Name | Seller ID |
|---|---|---|
| 51 | HFDXF515 | A1O7L0V1EKVCZ6 |
| [redacted] | | [redacted] |
| 60 | HFDXF700 | AN2LV5JRSAXQI |
| 61 | HFDXF800 | AOPLAPPHF32K0 |
| 62 | HFDXF729 | AK1F3XZ337XU9 |
| 63 | HFDXF037 | A3AYQW3XX2X5NB |
| 64 | HFDXF089 | ASC5JODEWUYQE |
| 65 | HFDXF192 | A2NOCNOMY66U6B |
| 66 | HFDXF755 | AICN3UG3XGJQ9 |
| 67 | HFDXF328 | ALPD8DSMWRN53 |
| 68 | HFDXF612 | A2YM9JC25LSN3I |
| 69 | HFDXF411 | A2PD2X25UUIIDR |
| 70 | HFDXF277 | AAOVCN4KOC7XK |
| 71 | HFDXF712 | AQ9HH4UZ93U8M |
| 72 | HFDXF709 | AERMWUECF2GF5 |
| 73 | HFDXF419 | A2LRGOQ1N29TZ8 |
| 74 | HFDXF609 | A3JJ8BBK5Z4HNR |
| 75 | HFDXF828 | A14GWPI3LB88OI |

| No. | Store Name | Seller ID |
|---|---|---|
| 76 | HFDXF661 | A38588J5NNALST |
| 77 | HFDXF084 | A1XVBN0C884L7B |
| [redacted] | | [redacted] |
| 79 | HFDXF211 | A3CPOWTENQD9HY |
| 80 | HFDXF116 | A252XPAT9BS4AP |
| 81 | HFDXF518 | A3NWCZ95BT7DSN |
| [redacted] | | [redacted] |
| 83 | HFDXF933 | A3LLON38NFOGBV |
| 84 | HFDXF422 | A3TQBUKAA96C08 |
| 85 | HFDXF431 | A1T5RXT5B4RO1R |
| 86 | HFDXF803 | ALFVZX1JD9GZE |
| [redacted] | | [redacted] |
| 88 | HFDXF771 | A30SFD0ZS6W08Q |
| 89 | HFDXF621 | A33LWUDPF2X5M9 |
| 90 | HFDXF895 | A16NNTB7RX030V |
| 91 | HFDXF121 | A1CRTEVWIBEYXJ |
| 92 | HFDXF026 | A569066AZ2U77 |
| 93 | HFDXF470 | ABPCVZR3TQ0OT |
| 94 | HFDXF605 | A2CPWKESIIPSZJ |
| 95 | HFDXF415 | A4H5W8KN5UGUU |
| 96 | HFDXF180 | AIUZS2PKQE8CH |
| 97 | HFDXF991 | A1NXSY5ZTJCLO |
| 98 | HFDXF218 | A4VOIOXXJRTJT |
| 99 | HFDXF662 | A2M00CLLEVNE3F |
| [redacted] | | [redacted] |