# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NEXTCLIMB INVESTMENTS LLC, *Plaintiff,* | : | |
| v. | : | **Civil Action No.: 1:26-cv-04669** |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, *Defendants.* | : | Hon. Judge Matthew F. Kennelly |

**STATUS REPORT AND**
**DEFENDANTS' VERIFICATION OF SETTLEMENT**

Pursuant to this Court's Order [ECF No. 32], the 81 defendants identified in Exhibit A to counsel's entry of appearance [ECF No. 36] (the "Settling Defendants") hereby jointly submit this status report and verification of the parties' settlement.

## I. The Attorneys of Record

Plaintiff is represented by Shaoyi Che of YoungZeal LLP.

Settling Defendants are represented by Bole Yuan of Law Office of Bole Yuan, Esq.

## II. Status of Settlement

Plaintiff and Settling Defendants have entered into a Confidential Settlement Agreement on June 18, 2026. On the same day, Plaintiff filed an Agreed Motion for an Order Directing E-Commerce Platform to Release Funds [ECF No. 31] (the "Agreed Motion"). The Court subsequently entered an Order directing the parties to provide "verified confirmation of the existence and amounts of the settlement" [ECF No. 32].

## III. Defendants' Verification of the Settlement

Under the executed Confidential Settlement Agreement, Settling Defendants jointly agree to pay the sums identified in Sealed Exhibit 1 to the Agreed Motion [ECF No. 31] to Plaintiff (the "Settlement Amounts").

Settling Defendants further consent to authorizing Amazon.com Inc. and Amazon.com Services LLC (collectively, "Amazon"), which operate the online marketplace platform currently holding the defendants' funds under this Court's Preliminary Injunction Order, to transfer the Settlement Amounts to Plaintiff or its counsel.

Counsel for Settling Defendants has reviewed the relevant documents, including the Agreed Motion, the Sealed Declaration of Plaintiff's counsel, the Sealed Exhibit 1 to the Agreed Motion, and the unfiled Confidential Settlement Agreement and verify on behalf of all Settling Defendants that the Settlement Amounts as well as the consent to pay the same through Amazon transfer are true and correct to his knowledge.

Respectfully Submitted,

Dated: June 23, 2026

By: /s/ Bole Yuan
Bole Yuan

**LAW OFFICE OF BOLE YUAN, ESQ.**
204 S 3rd St
Philadelphia, PA 19106
stevenyuan@lawvictor-ip.com
Tel: 215-901-8324
*Attorney for Settling Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on the date below with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

Dated: June 23, 2026

/s/ Bole Yuan
Bole Yuan

**LAW OFFICE OF BOLE YUAN, ESQ.**
204 S 3rd St
Philadelphia, PA 19106
stevenyuan@lawvictor-ip.com
Tel: 215-901-8324
*Attorney for Settling Defendants*