# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NextClimb Investments LLC,<br><br>Plaintiff,<br><br>vs.<br><br>The Partnerships and Unincorporated Associations Identified on Schedule A,<br><br>Defendants.<br>. | **Civil Action No.: 1:26-CV-04669** |

**ORDER DIRECTING E-COMMERCE PLATFORM TO RELEASE FUNDS**

THIS CAUSE being before the Court, Plaintiff NextClimb Investments LLC ("Plaintiff") filed a Motion for an Order Directing Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon") to release restrained funds in Defendants' account to Plaintiff's counsel pursuant to the settlement reached between the parties.

It is therefore ordered that Amazon, within seven (7) days of receiving this Order, shall release all amounts currently restrained in Defendants' account under this Court's order to Plaintiff's counsel up to the amount identified in **Exhibit 1** attached to this order.

IT IS SO ORDERED.

Date: July 1, 2026

MATTHEW F. KENNELLY
United States District Judge

**EXHIBIT 1**

| Doe No. | Store Name | Seller ID | Settlement Amount (USD) |
|---:|---|---|---:|
| 2 | HFDXF156 | A70NAZ9L2VF6P | $1,694.00 |
| 3 | HFDXF059 | A2OS55FD53I9G7 | $43,681.59 |
| 4 | HFDXF161 | A29F1ILCLKMS4P | $5,945.88 |
| 5 | HFDXF511 | A1CUZ823MEHTCY | $5,247.41 |
| 6 | HFDXF842 | A3C0JK17WB8Q42 | $3,037.08 |
| 8 | HFDXF521 | A3MNGKL6TMPSDQ | $5,327.25 |
| 9 | HFDXF094 | AZPSTOP487T1 | $21,253.79 |
| 10 | HFDXF002 | A30CBP6CLBLDLT | $6,709.89 |
| 11 | HFDXF811 | A17TQPLBN6SRUW | $1,249.00 |
| 13 | HFDXF915 | A2CR0VY7A7SZXY | $4,145.29 |
| 14 | HFDXF134 | AS54XQZCT20BE | $21,425.27 |
| 16 | HFDXF265 | ACX0AA95MXVGJ | $6,238.83 |
| 17 | HFDXF471 | A26QKLPX9S5T07 | $934.87 |
| 18 | HFDXF868 | A3U4DD1Q8SVEAT | $2,497.64 |
| 19 | HFDXF598 | A34N27V2OYIRT | $6,692.96 |
| 20 | HFDXF604 | A3MJZ1LPDA3FTS | $10,230.74 |
| 22 | HFDXF223 | A2ZIE8ENAD47UX | $1,277.50 |
| 24 | HFDXF825 | A121LOCP28L5U9 | $4,909.17 |
| 25 | HFDXF923 | A2QVSVULKHC9AA | $2,961.58 |
| 26 | HFDXF486 | A3V2EZY7JE74X2 | $9,672.80 |
| 27 | HFDXF707 | A3D03B0TMHW2PK | $1,654.03 |
| 28 | HFDXF541 | A2FMM23TDPXN92 | $13,680.52 |
| 29 | HFDXF500 | A16F4RLTXP10F7 | $6,716.39 |
| 30 | HFDXF514 | A1DMV8QOAY42Z0 | $6,540.43 |
| 31 | HFDXF719 | A1GCE8R2UKQAV9 | $44,869.14 |

| | | | |
|---|---|---|---|
| 32 | HFDXF245 | A1DKN11T6Z66JX | $18,913.35 |
| 33 | HFDXF109 | A73K9EP5QRHHC | $2,897.00 |
| 34 | HFDXF064 | A2KQ94QEF0XU6T | $14,780.00 |
| 35 | HFDXF376 | A3SLYGLQLIYG6O | $5,529.00 |
| 36 | HFDXF057 | A32UWSGMHWN8ZR | $11,949.00 |
| 37 | HFDXF036 | A18W7APPJTJ3Y0 | $10,239.81 |
| 38 | HFDXF077 | A1B7DQH8QVT4TG | $4,362.00 |
| 39 | HFDXF005 | AT7MY3WKIQNG4 | $5,000.00 |
| 40 | HFDXF055 | A5YPFVTF3DQS8 | $29,759.93 |
| 41 | HFDXF318 | A2NW36N5ZIM6P | $9,242.55 |
| 42 | HFDXF715 | A3G7AJDCSHTP3E | $3,002.13 |
| 43 | HFDXF067 | A2JITJKHMXGZQ4 | $8,191.00 |
| 44 | HFDXF949 | A247NCI0MGSTJU | $2,978.75 |
| 45 | HFDXF688 | ACRULEGFYSFM4 | $2,900.38 |
| 46 | HFDXF528 | A2E3JXY4FK4GA7 | $8,267.64 |
| 47 | HFDXF356 | AZTIP5AVS5KUI | $2,459.39 |
| 49 | HFDXF721 | A12MUJPP59TDY5 | $2,952.67 |
| 50 | HFDXF802 | AP9RGVUJJZ3FA | $4,151.45 |
| 51 | HFDXF515 | A1O7L0V1EKVCZ6 | $207,400.00 |
| 60 | HFDXF700 | AN2LV5JRSAXQI | $1,976.88 |
| 61 | HFDXF800 | AOPLAPPHF32K0 | $3,563.02 |
| 62 | HFDXF729 | AK1F3XZ337XU9 | $1,855.26 |
| 63 | HFDXF037 | A3AYQW3XX2X5NB | $7,953.26 |
| 64 | HFDXF089 | ASC5JODEWUYQE | $10,494.55 |
| 65 | HFDXF192 | A2NOCNOMY66U6B | $6,770.04 |
| 66 | HFDXF755 | AICN3UG3XGJQ9 | $6,025.00 |

| | | | |
|---|---|---|---|
| 67 | HFDXF328 | ALPD8DSMWRN53 | $1,108.00 |
| 68 | HFDXF612 | A2YM9JC25LSN3I | $7,594.67 |
| 69 | HFDXF411 | A2PD2X25UUIIDR | $2,925.61 |
| 70 | HFDXF277 | AAOVCN4KOC7XK | $2,964.05 |
| 71 | HFDXF712 | AQ9HH4UZ93U8M | $2,409.00 |
| 72 | HFDXF709 | AERMWUECF2GF5 | $5,429.45 |
| 73 | HFDXF419 | A2LRGOQ1N29TZ8 | $29,968.00 |
| 74 | HFDXF609 | A3JJ8BBK5Z4HNR | $17,223.94 |
| 75 | HFDXF828 | A14GWPI3LB88OI | $6,338.45 |
| 76 | HFDXF661 | A38588J5NNALST | $5,593.77 |
| 77 | HFDXF084 | A1XVBN0C884L7B | $32,209.75 |
| 79 | HFDXF211 | A3CPOWTENQD9HY | $14,599.99 |
| 80 | HFDXF116 | A252XPAT9BS4AP | $3,116.68 |
| 81 | HFDXF518 | A3NWCZ95BT7DSN | $5,790.80 |
| 83 | HFDXF933 | A3LLON38NFOGBV | $2,833.16 |
| 84 | HFDXF422 | A3TQBUKAA96C08 | $5,475.01 |
| 85 | HFDXF431 | A1T5RXT5B4RO1R | $7,894.81 |
| 86 | HFDXF803 | ALFVZX1JD9GZE | $14,201.05 |
| 88 | HFDXF771 | A30SFD0ZS6W08Q | $23,936.12 |
| 89 | HFDXF621 | A33LWUDPF2X5M9 | $2,695.69 |
| 90 | HFDXF895 | A16NNTB7RX030V | $4,298.22 |

| | | | |
|---|---|---|---|
| 91 | HFDXF121 | A1CRTEVWIBEYXJ | $8,709.00 |
| 92 | HFDXF026 | A569066AZ2U77 | $119,260.00 |
| 93 | HFDXF470 | ABPCVZR3TQ0OT | $3,528.00 |
| 94 | HFDXF605 | A2CPWKESIIPSZJ | $4,521.00 |
| 95 | HFDXF415 | A4H5W8KN5UGUU | $3,448.55 |
| 96 | HFDXF180 | AIUZS2PKQE8CH | $8,413.52 |
| 97 | HFDXF991 | A1NXSY5ZTJCLO | $4,006.28 |
| 98 | HFDXF218 | A4VOIOXXJRTJT | $10,225.57 |
| 99 | HFDXF662 | A2M00CLLEVNE3F | $3,270.00 |