# EXHIBIT G

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NEXTCLIMB INVESTMENTS LLC,<br>*Plaintiff*,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br>*Defendants.* | **Civil Action No.: 1:26-cv-06020**<br><br>Hon. Judge Thomas M. Durkin |

**MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY**
**FOR CERTAIN DEFENDANTS**

Pursuant to Local Rule 83.17, the undersigned counsel hereby moves for this Court's leave to withdraw as counsel for Defendant Nos. 1-15 and 101-158 identified on Amended Schedule A to the Complaint (Dkt. 12-1) and states the following in support:

1. On July 3, 2026, the undersigned counsel entered into an agreement to represent certain defendants in this action. The list of defendants represented by counsel is attached hereto as Exhibit 1. These defendants are referred to as Defendant Nos. 16-100 in Amended Schedule A to the Complaint (Dkt. 12-1).

2. On July 6, 2026, the undersigned counsel inadvertently entered his appearance for all defendants in this matter.

3. Counsel hereby apologizes for the oversight and respectfully requests for the Court's leave to withdraw his appearance for the non-represented defendants, namely Nos. 1-15 and 101-158 identified on Amended Schedule A to the Complaint (Dkt. 12-1). Counsel does not actually represent these defendants and is not aware of their contact information.

4. Attached hereto as Exhibit 2 is the Amended Notice of Appearance for the correct defendants whom the undersigned counsel is representing in this action.

Respectfully Submitted,

Dated: July 6, 2026

By: /s/ Bole Yuan
Bole Yuan
Pa. Bar No. 327183

**LAW OFFICE OF BOLE YUAN, ESQ.**
204 S 3rd St
Philadelphia, PA 19106
stevenyuan@lawvictor-ip.com
Tel: 215-901-8324
*Attorney for Defendants Nos. 16-100*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on the date below with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

Dated: July 6, 2026

By: /s/ Bole Yuan
Bole Yuan
Pa. Bar No. 327183

**LAW OFFICE OF BOLE YUAN, ESQ.**
204 S 3rd St
Philadelphia, PA 19106
stevenyuan@lawvictor-ip.com
Tel: 215-901-8324
*Attorney for Defendants Nos. 16-100*

# Exhibit 1

| No. | Store Name | Store ID |
|---|---|---|
| 16 | ApexLink867 | A2ZN0E6T604JI2 |
| 17 | ApexLink590 | A1ID7E5I9V2H1 |
| 18 | ApexLink127 | AZDGMEQNEWM7K |
| 19 | ApexLink701 | ARM0SS14VOJFF |
| 20 | ApexLink086 | A3I3SGH27XJH4U |
| 21 | ApexLink093 | A22V3BGNUVCGCW |
| 22 | ApexLink074 | A2VJ2PQNMJ91A9 |
| 23 | ApexLink010 | ANYTMHWI0VE44 |
| 24 | ApexLink597 | A2ENB5DDIWTMTC |
| 25 | ApexLink563 | A1U66SG48G67I3 |
| 26 | ApexLink249 | AX5CXL3PDSJET |
| 27 | ApexLink769 | A1P024RS7YHXJ4 |
| 28 | ApexLink468 | AHHAHKGFT2AI |
| 29 | ApexLink776 | A3NMNBYG5ZCIWA |
| 30 | ApexLink948 | A1EZCGELFG84O4 |
| 31 | ApexLink195 | A13XTVDLLBVYK8 |
| 32 | ApexLink263 | A17LAJ57FNJO8D |
| 33 | ApexLink488 | AQQ8NKI927GVL |
| 34 | ApexLink188 | A1M6KN1EJQSG4K |
| 35 | ApexLink621 | A2PXDAR1XSXNUM |
| 36 | ApexLink397 | A3KLYRP7SWWETR |
| 37 | ApexLink156 | A1MKXJSSFVKMA9 |
| 38 | ApexLink239 | A1RGEGYP3Z599Z |
| 39 | ApexLink478 | A2WEY0H01W1142 |
| 40 | ApexLink593 | A1QD11O8B4JZ0G |
| 41 | ApexLink238 | A1UL2M99Q4HODY |
| 42 | ApexLink255 | ACETU9UIEXU0 |
| 43 | ApexLink529 | A35IM8EP2Q79W9 |
| 44 | ApexLink193 | A3KI49TIF0J8G4 |
| 45 | ApexLink183 | A34JBA040I6S4J |
| 46 | ApexLink121 | A1Z0EBW0LJA7K8 |
| 47 | ApexLink447 | A3NGIP9SHOXXZH |
| 48 | ApexLink271 | A3NNAN9YKCCT5Q |
| 49 | ApexLink648 | A17B4IVCD1J5S8 |
| 50 | ApexLink387 | AYQFJ1SLQ5EUC |
| 51 | ApexLink826 | A2YSEKTDO571BX |
| 52 | ApexLink012 | A1XX3TURDN4G2A |
| 53 | ApexLink051 | A146VNSAM8ZSUK |

| | | |
|---|---|---|
| 54 | ApexLink274 | A2AGL7DF59Q9UK |
| 55 | ApexLink580 | A5WYSSYEOYISE |
| 56 | ApexLink186 | A1K9I36WNFMSSI |
| 57 | ApexLink282 | A1LS6VJTRESQQ9 |
| 58 | ApexLink508 | A3AHT0Y1ZQ0TON |
| 59 | ApexLink264 | A2GN1T17O8IGMX |
| 60 | ApexLink664 | A330B8P9WSSYMJ |
| 61 | ApexLink736 | A29VW6Z6S9TRWK |
| 62 | ApexLink091 | A3VDG3CXOYWWVS |
| 63 | ApexLink1537 | A39U4AO10X7FBQ |
| 64 | ApexLink1653 | A1E5PKJBTN00U1 |
| 65 | ApexLink1476 | A32UFG4BGQ3LVC |
| 66 | ApexLink1833 | A1AMZV73O95XU |
| 67 | ApexLink1543 | A2LUPFNO0D0SCC |
| 68 | ApexLink1754 | A3SD3M4YQ8L5RY |
| 69 | ApexLink1279 | A2XLX0MSLIQB5I |
| 70 | ApexLink1347 | A1J0UN3H30XGQU |
| 71 | ApexLink1943 | A2F543JDI0Y4HH |
| 72 | ApexLink1273 | A1P88K790G5QN7 |
| 73 | ApexLink1749 | A15AN2Z40YL5MG |
| 74 | ApexLink1469 | A3EXKCV952RLWW |
| 75 | ApexLink1178 | A11LRNDMXPO70F |
| 76 | ApexLink1128 | A1JIV5QB1S2MM0 |
| 77 | ApexLink1629 | A23Q5OONX9RHIH |
| 78 | ApexLink1741 | A10BXBC30GN6QF |
| 79 | ApexLink1287 | A3T2TR38AH6CXK |
| 80 | ApexLink1643 | A3CHXTU1GRIRCH |
| 81 | ApexLink1732 | A3IK8NMAJAQVIV |
| 82 | ApexLink1529 | A3VOZ92953Q6P9 |
| 83 | ApexLink2357 | AXPK286E9FNKD |
| 84 | ApexLink1437 | A2Q0PAAJNHHY5M |
| 85 | ApexLink2186 | A2IV8TK70TK32N |
| 86 | ApexLink1729 | A2PRYFI734FZ4G |
| 87 | ApexLink1684 | A6YLJCMWXH46C |
| 88 | ApexLink2737 | A3SNA9O8PIILRL |
| 89 | ApexLink2179 | A24MUYZEHVC6EW |
| 90 | ApexLink2837 | A1160VA5O6ZSZW |
| 91 | ApexLink2452 | A3I6OSD9RAQ0NU |
| 92 | ApexLink2419 | A25VT8W9IQ2YT6 |
| 93 | ApexLink1659 | A1Y9I183TDJODZ |
| 94 | ApexLink1647 | A2XK8EHKKNN37V |
| 95 | ApexLink2168 | AJYDGIG49KFUR |
| 96 | ApexLink2693 | A21CV5Q7MIY7Z6 |

| | | |
|---|---|---|
| 97 | ApexLink1639 | AXXYNWRKA2XME |
| 98 | ApexLink0315 | A3DG4R9DTYI95Z |
| 99 | ApexLink2732 | A3L84JKIVATB39 |
| 100 | ApexLink2701 | A2EFX8UD916NGN |