# EXHIBIT H

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NEXTCLIMB INVESTMENTS, LLC<br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Civil Action No. 1:26-cv-6020<br><br>JURY TRIAL DEMANDED |

**CONSENT JUDGMENT**

This action having been commenced by NextClimb Investments, LLC ("Plaintiff") against Defendants 16-100 identified in Exhibit A attached hereto ("Defendants"). Plaintiff and Defendants have resolved all claims arising from the allegations in the Complaint.

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defendants since Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defendants have targeted and made sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have used infringing and counterfeit versions of Plaintiff's trademarks (collectively, the "NEXTCLIMB Products") to residents of Illinois.

THIS COURT FURTHER FINDS that Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), and false designation of origin (15 U.S.C. § 1125(a)).

IT IS HEREBY ORDERED that:

1. Defendants, the officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

a. using the NEXTCLIMB Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine NEXTCLIMB product or not authorized by Plaintiff to be sold in connection with the NEXTCLIMB Trademarks;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine NEXTCLIMB product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the NEXTCLIMB Trademarks;

c. committing any acts calculated to cause consumers to believe that Defendants' Unauthorized NEXTCLIMB Products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. further infringing the NEXTCLIMB Trademark; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the NEXTCLIMB Trademarks.

2. Pursuant to the parties' settlement agreement, each Defendant shall pay Plaintiff the

damage amount specified for that Defendant in the attached Exhibit A (the "Damages Amount").

3. In the event that Plaintiff chooses to enforce this Judgment with Amazon.com Services LLC ("Amazon"), Amazon is ordered to make a transfer from each Defendant's account up to the Damages Amount to Plaintiff's counsel within seven (7) calendar days of receipt of this Order.

4. Upon Amazon's transfer of Damages Amount to Plaintiff pursuant to paragraph 3, Amazon shall remove any restraints that were placed on Defendants' e-commerce stores and financial accounts caused by this case.

5. Within thirty (30) calendar days after receiving the Damages Amount from Amazon, to acknowledge full and complete indemnification, Plaintiff will file a satisfaction of judgment with the Court.

6. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED:

Dated: July 6, 2026

Thomas M Durkin

United States District Judge

# EXHIBIT A

| Doe | Store Name | Entity Name | Contact email | Damage Amount |
|---|---|---|---|---|
| 1 | ApexLink1943 | 南阳维硕商贸有限公司 | weishuondgAAsh@outlook.com | $3,200 |
| 2 | ApexLink2837 | 湛江市康锋福商贸有限责任公司 | 18476812763@163.com | $2,900 |
| 3 | ApexLink2452 | 诚禧(广州)科技有限公司 | yidingfacai0909@163.com | $214,100 |
| 4 | ApexLink1741 | 广州凌卓服装有限公司 | hanretoutong@126.com | $109,600 |
| 5 | ApexLink2186 | 鲁山县九霖商贸有限公司 | ZZY288071@163.com | $56,700 |
| 6 | ApexLink2357 | Cheng Du Mei Yi Duo MaoYi YouXian GongSi | AAAcogedor@outlook.com | $40,400 |
| 7 | ApexLink1437 | 东莞市彦西成科技有限公司 | bhjdisw55@sina.com | $28,700 |
| 8 | ApexLink186 | 芜湖市橡智竹科技有限公司 | yinzhibo1102@163.com | $27,900 |
| 9 | ApexLink1287 | Tommy Joe Brashier | TommyBrashier@outlook.com | $26,100 |
| 10 | ApexLink867 | 西安艾远电子科技有限公司 | yukijanetech@163.com | $26,000 |
| 11 | ApexLink0315 | 苏州量犀控科技发展有限公司 | FuShiHaoFSH2026@163.com | $22,400 |
| 12 | ApexLink2179 | AMAYDUNN INC | MiaScott6354@outlook.com | $21,700 |
| 13 | ApexLink1629 | 泉州市晋江锐广服饰有限公司 | ruiguang2025@163.com | $20,300 |
| 14 | ApexLink397 | 六安金灿电子商务有限公司 | 18156447176@163.com | $20,000 |
| 15 | ApexLink239 | 宿迁驰泽劳务分包有限公司 | dianmahpk3@outlook.com | $17,200 |
| 16 | ApexLink826 | 佛山市禅城区雅坚贸易有限公司 | yajianmaoyi@163.com | $15,600 |
| 17 | ApexLink478 | 陕西茂玖生炎商贸有限公司 | shengfa19910519@163.com | $15,500 |
| 18 | ApexLink012 | 徐州幸选优百货有限公司 | zhouchen6314@outlook.com | $14,100 |

| | | | | |
|---|---|---|---|---|
| 19 | ApexLink2419 | 北京鑫晶源建材有限公司 | 17812321920@163.com | $13,000 |
| 20 | ApexLink701 | 赣州东跃锦信息科技有限公司 | yuyuwrbt@163.com | $12,600 |
| 21 | ApexLink051 | 香港粤发电子科技有限公司 | yuefa2025@163.com | $12,400 |
| 22 | ApexLink263 | 安溪县尚至商务科技有限公司 | 19974848020@163.com | $11,800 |
| 23 | ApexLink195 | 永春微乐贸易有限公司 | xuy8dc9xs6@163.com | $11,400 |
| 24 | ApexLink621 | 惠州市漓源贸易有限公司 | xiangchigancui@yeah.net | $10,300 |
| 25 | ApexLink736 | 邹平县新时代包装制品有限公司 | nbwaig@163.com | $10,200 |
| 26 | ApexLink529 | 西安红瓦曼商贸有限公司 | wamanhonghong@163.com | $10,100 |
| 27 | ApexLink156 | 咸阳云航致远科技有限公司 | ndhwyugasil@outlook.com | $9,900 |
| 28 | ApexLink264 | 安庆各与商贸有限公司 | huangjiang0816@163.com | $9,300 |
| 29 | ApexLink2737 | 广州市浚海厚电子商务有限公司 | houjunnymo@163.com | $9,100 |
| 30 | ApexLink1729 | 四川轩林天羽商贸有限公司 | wuxiaocahoqi@outlook.com | $6,500 |
| 31 | ApexLink1128 | 泉州希资电子有限公司 | chenmingshan9410@outlook.com | $6,000 |
| 32 | ApexLink271 | 南阳市诚杰商贸有限公司 | 15670213859@163.com | $5,900 |
| 33 | ApexLink1476 | 蚌埠市雪民源商贸有限公司 | nianfuyan19810307@outlook.com | $5,800 |
| 34 | ApexLink074 | 赣州市智旺发家具有限公司 | paulinezapel8529@outlook.com | $5,700 |
| 35 | ApexLink1643 | 郑州祖具网络科技有限公司 | imdrcfu66063@outlook.com | $5,700 |
| 36 | ApexLink1178 | 南阳晓敬商贸有限公司 | sqsongokj@outlook.com | $5,700 |
| 37 | ApexLink1537 | 运岚(绿春)百货店(个人独资) | panxiuguof8364@163.com | $5,400 |
| 38 | ApexLink2693 | 衡阳市辉岳信息技术有限公司 | huiyueo@yeah.net | $5,400 |
| 39 | ApexLink086 | 九江书香佳贸易有限公司 | michen39733814@163.com | $5,400 |

| | | | | |
|---|---|---|---|---|
| 40 | ApexLink255 | 山西自然之鲜农业科技有限公司 | gqnn29172@163.com | $5,300 |
| 41 | ApexLink093 | 深圳市万苏电子商务有限公司 | YMXWANSU@yeah.net | $5,300 |
| 42 | ApexLink2701 | 永春知米贸易有限公司 | chunzhimi2001@outlook.com | $5,200 |
| 43 | ApexLink2168 | 南宁市师润科技有限公司 | ulug05173951@163.com | $4,800 |
| 44 | ApexLink488 | 博爱县红耀百货店个人独资 | Xstand32@163.com | $4,700 |
| 45 | ApexLink1833 | 点水武汉市电子商务有限责任公司 | txt13357645996@outlook.com | $4,700 |
| 46 | ApexLink447 | 广州泳圆贸易有限公司 | Yone7ona@126.com | $4,500 |
| 47 | ApexLink776 | 大余达铭电子有限公司 | Zhengrongsanp@outlook.com | $4,500 |
| 48 | ApexLink593 | 西安傅别伊商贸有限公司 | liyibobieyi@aliyun.com | $4,400 |
| 49 | ApexLink1749 | 广州谢瞧商贸有限公司 | Zhang12peng11ju@outlook.com | $3,800 |
| 50 | ApexLink1732 | 宁波奇盛置业有限公司 | udwrjeu@163.com | $3,600 |
| 51 | ApexLink121 | 广州域青贸易有限公司 | niuzhuanshou@163.com | $3,600 |
| 52 | ApexLink769 | 新绛县春良大棚钢结构加工有限公司 | jiaojunmiSD593@outlook.com | $3,500 |
| 53 | ApexLink597 | 义乌市肆方服饰有限公司 | louniaowuj8664@163.com | $3,500 |
| 54 | ApexLink1279 | 广西玉林市城瑞五金零售有限公司 | 15277155378@163.com | $3,500 |
| 55 | ApexLink1653 | 许昌帆硕建筑劳务分包有限公司 | ybylmfg@163.com | $3,500 |
| 56 | ApexLink091 | 厦门吕扛澳商贸有限公司 | du5766@163.com | $3,400 |
| 57 | ApexLink468 | 开封市京硕易办公用品有限公司 | yongbianj92005@163.com | $3,200 |
| 58 | ApexLink238 | 运城市盐湖区澎钰科技有限公司 | vphmtix1qw@163.com | $2,900 |
| 59 | ApexLink1543 | 池州高欧建筑劳务有限公司 | liugaopa04@163.com | $2,900 |
| 60 | ApexLink183 | 广州安筹商贸有限公司 | zhanghu198722@outlook.com | $2,900 |

| | | | | |
|---|---|---|---|---|
| 61 | ApexLink188 | 广州士棋科技有限公司 | Aisikaqilar@hotmail.com | $2,800 |
| 62 | ApexLink590 | 西安琛宇商贸有限公司 | d4002angcyu@outlook.com | $2,800 |
| 63 | ApexLink1529 | 武汉市莉安商贸有限公司 | zumang8265@hotmail.com | $2,700 |
| 64 | ApexLink948 | 河南聿屿安贸易有限公司 | 13283991263@163.com | $2,700 |
| 65 | ApexLink1469 | 禹州市杨雅文静贸易有限公司 | yangyawenjing@outlook.com | $2,500 |
| 66 | ApexLink1273 | 廊坊福禧禄家具有限公司 | 13785677567@163.com | $2,500 |
| 67 | ApexLink1659 | 太原市隆正源晟贸易有限公司 | YiHongBinXiangYanXiLiug@outlook.com | $2,400 |
| 68 | ApexLink193 | 深圳市溪客科技有限公司 | alan@creekor.com | $2,400 |
| 69 | ApexLink580 | 广州市学灵科技有限公司 | GZxuelingkeji01@163.com | $2,300 |
| 70 | ApexLink1347 | 濮阳市开发区凡艺百货零售经营部(个人独资) | kyf163yx0501@163.com | $2,200 |
| 71 | ApexLink1754 | 郑州市侨洲科技有限公司 | fanzhiguoFZH013@outlook.com | $2,100 |
| 72 | ApexLink127 | 杭州以茉贸易有限公司 | caixiaoda479024161@qq.com | $2,100 |
| 73 | ApexLink249 | 徐州赛伊吉网络科技有限公司 | libingzhou2025@163.com | $2,100 |
| 74 | ApexLink274 | 安徽金兆方建筑劳务有限公司 | 1795557642@qq.com | $1,900 |
| 75 | ApexLink282 | 郑州荣辰和建筑工程有限公司 | axj0325@163.com | $1,900 |
| 76 | ApexLink508 | 龙泉市顺安商贸有限公司 | 17365887682@163.com | $1,800 |
| 77 | ApexLink1684 | 深圳市欣锐升科技有限公司 | fubinsu235o@outlook.com | $1,800 |
| 78 | ApexLink1639 | 广州雅通商贸有限公司 | jinrijingxuan@yeah.net | $1,700 |
| 79 | ApexLink1647 | 广州聚汇体育服务有限公司 | huxuanzong19930417@163.com | $1,600 |
| 80 | ApexLink2732 | 苏州若铭贸易有限公司 | ccrcp1990@163.com | $1,600 |
| 81 | ApexLink010 | 枝江市聊抛商贸有限公司 | nvwi83@163.com | $1,400 |
| 82 | ApexLink387 | 昆明莹枝影商贸有限公司 | lvyongrong2025@163.com | $1,100 |

| | | | | |
|---|---|---|---|---|
| 83 | ApexLink664 | 于都黑猫安防科技有限公司 | liujingfengGEFD555@outlook.com | $1,100 |
| 84 | ApexLink648 | 东莞市亿洋食品有限公司 | skeiufv@163.com | $1,000 |
| 85 | ApexLink563 | YiZhangXianJiaoLongYangZhiChang | baihusab41928@163.com | $7,500 |