**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NEXTCLIMB INVESTMENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | Case No. 1:26-cv-5593<br><br>Honorable Judge Matthew F. Kennelly |

**DECLARATION OF STEPHANY MUSIL IN SUPPORT OF NON-PARTY AMAZON.COM, INC.'S *EX PARTE* AND *IN CAMERA* MOTION TO STAY ENFORCEMENT OF ORDER DIRECTING RELEASE OF FUNDS AND FOR FURTHER RELIEF**

Pursuant to the Court's order granting leave to submit its motion *ex parte* and *in camera* (Dkt. 44), I, Stephany Musil, declare as follows:

1. I am employed by Amazon.com, Inc. ("Amazon") as TRO Team Lead, Legal Operations. In that role, I oversee Amazon's handling of and response to temporary restraining orders and related court orders that implicate Amazon, including orders entered in Schedule A proceedings, and am familiar with Amazon's processes and records relating to its response to such orders.

2. I submit this declaration in support of Non-Party Amazon.com, Inc.'s *Ex Parte* and *In Camera* Motion to Stay Enforcement of Order Directing Release of Funds and for Further Relief (the "Motion"). I have personal knowledge of the matters set forth herein or have obtained knowledge of them through my review of Amazon records maintained in the ordinary course of

business and through Amazon's review of the matters described below. If called as a witness, I could and would testify competently to these matters.

3. Amazon regularly receives and processes temporary restraining orders, preliminary injunctions, and other orders entered in cases involving online sellers, including so-called "Schedule A" proceedings. In responding to such orders, Amazon identifies seller accounts associated with defendants named in the orders and, as appropriate, restrains or transfers funds in accordance with the terms of the applicable order.

4. Amazon also maintains independent programs for investigating and enforcing violations of Amazon's policies and protecting customers, rights owners, and Amazon. Those enforcement activities may result in Amazon restricting funds in a seller account for reasons unrelated to any court order or litigation.

5. I am familiar with Amazon's response to orders entered in this action, *NextClimb Investments, LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A,"* No. 1:26-cv-5593 (N.D. Ill.).

6. On May 20, 2026, the Court entered a temporary restraining order concerning the seller accounts associated with the defendants in this action. On July 2, 2026, the Court entered an order directing Amazon to release restrained funds from the defendants' accounts to counsel for Plaintiff NextClimb Investments, LLC ("NextClimb"), up to the settlement amounts identified in the Order (the "Transfer Order").

7. In connection with Amazon's review and processing of the Transfer Order, Amazon identified information that raised concerns regarding the requested transfers. Amazon thereafter undertook a broader review. That review remains ongoing, and Amazon has not yet determined the full number of potentially affected seller accounts, cases, parties, or counsel.

**Amazon's Pre-Existing Restrictions on Affected Accounts**

8. Amazon’s records indicate that many of the seller accounts subject to the Transfer Order had already been restricted by Amazon for independent enforcement reasons before NextClimb filed this action and before the Court entered its May 20, 2026 TRO.

9. For example, Amazon’s records reflect the following:

a) **ApexLink851 (Seller ID ANGGDKTTKJ8LL)** was blocked on April 24, 2025, in connection with suspected counterfeit activity, more than one year before the TRO in this action;

b) **ApexLink629 (Seller ID A3A612005200GQ)** was blocked on December 10, 2025, under an infringement-related hold concerning a different brand, Monster Energy, unrelated to NextClimb;

c) **ApexLink049 (Seller ID AXO8SRJ2O8XM)** was blocked on January 2, 2026, pursuant to Amazon’s SHERPA enforcement program; and

d) **ApexLink328 (Seller ID A1YN3P1VGXYELA)** was blocked on April 20, 2026, in connection with fraud patterns identified by Amazon, including buyer deception and fund extraction.

10. Thus, with respect to these accounts, the restraints on the affected funds predated the TRO in this action and arose from Amazon enforcement activity independent of this litigation and unrelated to NextClimb’s asserted trademark rights. Amazon’s account-by-account review remains ongoing.

**Settlement Amounts and Restrained Balances**

11. Amazon's review has also identified instances in which settlement amounts reflected in NextClimb proceedings correspond precisely, to the cent, with the amount of funds restrained in the affected seller account.

12. For example, in *NextClimb Investments, LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A,"* No. 26-cv-04669 (N.D. Ill.), Amazon's records reflect that the restrained balance associated with Seller ID A2KQ94QEF0XU6T was $14,780.00. The settlement amount reported for that seller was also $14,780.00.

13. Similarly, Amazon's records reflect that the restrained balance associated with Seller ID A3AYQW3XX2X5NB was $7,953.26. The settlement amount reported for that seller was also $7,953.26.

14. On August 5, 2026, Amazon received correspondence from Martin Trainor of TME Law, P.C., an attorney who represents rights holders in Schedule A litigation. Mr. Trainor independently reported concerns regarding NextClimb proceedings and identified instances in which settlement amounts corresponded exactly with amounts restrained in connection with seller accounts involved in his clients' cases. A true and correct copy of Mr. Trainor's August 5, 2026 correspondence is attached as Exhibit A.

15. Among other things, Mr. Trainor observed regarding one such match that "that rarely happens (let alone dozens of times in the same case)."

**Discrepancies Between Alleged Infringement and Products Associated with Seller Accounts**

16. Amazon's review also identified apparent discrepancies between the products associated with certain seller accounts named as defendants in this action and the products underlying NextClimb's asserted trademark rights.

17. Amazon's records reflect that **ApexLink629 (Seller ID A3A612005200GQ)** sold DIY Christmas Ornament Kits, including ASIN **B0FQTG9G5H**.

18. Amazon's records reflect that **ApexLink125 (Seller ID A2TY2Y8VDF48)** sold platform boots and knee-high boots, including ASIN **B0FWBZS61S**.

19. Amazon's review to date has not identified sales or listings by these sellers involving HVAC vent covers or other products bearing the asserted NEXTCLIMB mark.

**Broader Review and Related Proceedings**

20. Amazon's investigation has identified information suggesting that the concerns described above may extend beyond this action. The investigation remains ongoing, and Amazon has not yet determined the full number of potentially affected cases, plaintiffs, counsel, or seller accounts.

21. Amazon has identified similar activity in cases involving plaintiffs other than NextClimb and involving at least four other plaintiff-side law firms.

22. Amazon's review has also identified a cluster of at least sixteen actions filed by NextClimb in this District between March and July 2026 in which Shaoyi Che of YoungZeal LLP represented NextClimb and Bole Yuan appeared on behalf of defendants in various proceedings.

23. Among the NextClimb cases identified in Amazon's review, Mr. Trainor reported that, across at least four cases he reviewed, Amazon was ordered to transfer a total of $4,667,593.57 from 435 seller accounts to plaintiff's counsel. (Ex. A.)

24. Amazon's investigation further indicates that many of the seller accounts implicated in this action also have been the subject of other Schedule A litigation or orders. Amazon has not yet completed an account-by-account review.

25. Amazon has identified seller accounts appearing as defendants in multiple NextClimb cases and subject to multiple orders or judgments.

**Information Reported by Other Schedule A Practitioners**

26. As noted above, on August 5, 2026, Martin Trainor of TME Law, P.C. provided Amazon with information concerning NextClimb cases that he had identified through his own review.

27. Mr. Trainor reported, among other things, that sellers involved in cases in which his firm represented rights holders also appeared as defendants in NextClimb proceedings and that certain settlement amounts in the NextClimb proceedings corresponded exactly with amounts restrained in connection with those sellers in his clients' cases.

28. Amazon also received information from Justin Gaudio of Greer, Burns & Crain, Ltd., another law firm that regularly represents rights holders in Schedule A proceedings. Mr. Gaudio independently raised similar concerns after identifying NextClimb defendants whose funds had already been restrained in prior, unrelated enforcement actions, and reported concerns that the NextClimb proceedings were being used to obtain the release of those previously restrained funds. A true and correct copy of Mr. Gaudio's August 3, 2026 correspondence is attached as Exhibit B.

29. Amazon considered the information independently reported by Messrs. Trainor and Gaudio as part of its ongoing investigation.

**Funds Subject to the Transfer Order**

30. Amazon's records reflect that, pursuant to the Transfer Order, Amazon has debited a total of $711,529.44 from the 100 defendant seller accounts. Those funds are currently being held in an Amazon-controlled account.

31. Amazon has not completed the second stage of the payment process, which would involve transferring the $711,529.44 from the Amazon-controlled account to NextClimb's counsel.

32. After identifying the concerns described above, Amazon suspended further processing of the transfers. Accordingly, the $711,529.44 remains in an Amazon-controlled account and has not been transferred to NextClimb or its counsel.

33. If Amazon transfers the remaining funds pursuant to the Transfer Order, Amazon will no longer control those funds or be able to maintain the existing restraints on them.

34. Amazon's investigation remains ongoing. Amazon is prepared to provide the Court with additional information concerning its investigation or the affected seller accounts if requested.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2026.

Stephany Musil

____________________________

Stephany Musil