# EXHIBIT B

**From:** Justin Gaudio
**To:** TRO Notices; Musil, Stephany [C]
**Cc:** Amy Ziegler
**Subject:** [EXTERNAL] Report of Potential Fraudulent Litigation Scheme by Nexclimb and Attorney YoungZeal
**Date:** Monday, August 3, 2026 3:32:37 PM
**Attachments:** image.png

**CAUTION**: This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.

Dear Stephany:

We write to report conduct that we believe warrants immediate review by Amazon. Based on information developed through our representation of brand owners in intellectual property enforcement matters, attorney YoungZeal has been filing lawsuits in the name of Nexclimb against defendants that have previously been sued by our clients (and others) in unrelated enforcement actions.  A list of cases is attached.

We are concerned that these lawsuits are not being filed to legitimately protect intellectual property rights, but instead are part of a broader scheme designed to obtain the release of funds frozen as a result of prior litigation and marketplace enforcement activity. The pattern of filings, the overlap of defendants, settlement amounts and the apparent objectives of the litigation raise significant concerns regarding the legitimacy of the asserted claims and the purpose behind the lawsuits. We are particularly concerned that certain filings appear intended to circumvent existing court-ordered restraints and improperly obtain the release of funds that remain subject to prior judicial process.

We respectfully request that Amazon review all submissions associated with Nexclimb, YoungZeal, and any affiliated entities or accounts for potentially fraudulent activity. Likewise, we reiterate that Amazon should not release, transfer, disburse, or otherwise allow the withdrawal of any funds that are currently subject to a court order, asset restraint, freeze order, turnover order, transfer request, or other enforcement process obtained by or submitted through Greer, Burns & Crain on behalf of its clients unless and until Amazon has verified the legitimacy of the competing claim and the claimant's legal entitlement to those funds. Given the circumstances described above, we ask that Amazon exercise heightened scrutiny with respect to any request that could result in the release of funds presently restrained pursuant to existing court orders or pending transfer requests.

Please let me know if you have any questions or would like to discuss this matter further.

Best regards,

Justin

Justin R. Gaudio | SHAREHOLDER

200 W. Madison St. Suite 2100 | Chicago, IL 60606 | Direct: (312) 987.2922 | Main: (312) 360.0080 | Fax: (312) 360.9315 | www.gbc.law

CONFIDENTIALITY NOTE This electronic mail may contain information which is confidential or privileged and exempt from disclosure under applicable law. The information is intended to be for the use of the recipients named in this mail. If you are not an intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is without authorization and is prohibited. If you receive this electronic mail in error, please notify us by return electronic mail and destroy this mail immediately. Thank you for your cooperation.