**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

NEXTCLIMB INVESTMENTS, LLC,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.

Case No. 1:26-cv-5593

Honorable Judge Matthew F. Kennelly

**NON-PARTY AMAZON.COM, INC.'S MOTION FOR LEAVE TO FILE A SUPPLEMENT TO ITS AUGUST 26, 2026 MOTION TO STAY ENFORCEMENT OF ORDER DIRECTING RELEASE OF FUNDS AND FOR FURTHER RELIEF**

Non-party, Amazon.com, Inc. ("Amazon"), by and through its undersigned attorneys, respectfully moves this Court for leave to file a supplement (the "Motion for Leave to File a Supplement") to its Motion to Stay Enforcement of Order Directing Release of Funds and for Further Relief, originally filed *ex parte* and *in camera* on August 26, 2026 and later filed publicly on October 6, 2026 [Dkt. No. 59-1] (the "Motion to Stay"). In support, Amazon states the following:

1. In its Motion to Stay, Amazon informed the Court of its initial concerns regarding troubling patterns in certain Schedule A cases that suggested that Amazon merchants, or entities or individuals acting on their behalf, are using Schedule A litigation to cause funds to be paid to themselves in order to circumvent other pending Schedule A cases and frozen merchant accounts.

2. Since the filing of its Motion to Stay on August 26, 2026, Amazon has learned of additional information that it believes is highly relevant and needs to be brought to the Court's

attention in a supplemental filing, which Amazon anticipates will be finalized on or before October 19, 2026.[1]

WHEREFORE, Amazon requests that the Court grant this Motion for Leave to File a Supplement to its Motion to Stay on or before October 19, 2026 and grant such other and further relief as this Court deems just and appropriate.

Dated: October 14, 2026

Respectfully submitted,

By: /s/ *Matthew R. Barrett*

**KILPATRICK TOWNSEND & STOCKTON LLP**
Thomas L. Holt
Jeremy Buxbaum
Matthew R. Barrett
320 S. Canal Street, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 606-3204
Telephone: (312) 268-1705
Email: tholt@ktslaw.com
Email: jbuxbaum@ktslaw.com
Email: mbarrett@ktslaw.com

*Attorneys for Non-Party Amazon.com, Inc.*

[1] Some of the material that Amazon plans to include in its forthcoming supplemental filing requires translation, which is why Amazon requires until the beginning of next week to finalize the proposed supplemental filing.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

By: */s/ Matthew R. Barrett*
Matthew R. Barrett