# EXHIBIT A

**VID_20261007_095815_1.**
**Kilpatrick Townsend & Stockton LLP**
**October 14, 2026**
**Transcript by TransPerfect**

[00:00-01:10]

[01:10]

我好像很久没有录制视频给大家看了。今天呢，是憋了很久，也是最近唯一一天闲下来的，我想在这个视频里面详细的聊一聊最近强开业务，因为大家知道我为了这个业务是操碎了心，付出了很多心血在里面，那这个业务最近是发生了一些状况，已经停止了，不管是卖家还是服务商也好，很多人都来问我，小牛这个强开是不是不行了，失败了？然后他为什么出不了款了？还有很多卖家依然……目前还不知道发生了什么。大家知道我是从今年二月份才开始研究这个业务的，然后第一个立案的时间是 4 月 15 号，然后到六月份我才出款，成功出款第一批资金，其实也就成功了不到两个月，后面就出状况了。那我今天跟大家讲一讲亚马逊到底是咋了。

其实你们知道强开这个业务它本身就是一个亚马逊不允许出现的一个动作，亚马逊早晚会封它，真的是早晚会封，只不过现在爆掉了。那它的逻辑是什么？我给你们看一下。我跟你们讲，我就不看这里的字了，你们可以看，强开它这个名字听起来唬人，但其实就是通过法律诉讼案……诉讼的这个方式打官司，打赢之后呢……就是我们打一个官司。那官司打赢之后，我们会要求法官在我们自己编辑的一个划款协议上面签字。我们的划款协议是要求亚马逊指定划到我们的账户里面多少多少钱，但是这个是我们自己写的划款协议，并没有法律效应，那我们官司打赢之后，我们会要求法官在我们的这个划款协议上面签个字，那法官签字之后，同时它就有了法律效应，它就生效了。那我们可以把这个划款……现在就不能说是划款协议了，是一个划款命令，一个划款令发给亚马逊的法务部门，那法务部门在拿到划款令之后，然后去那个美国，我们是在伊州伊利诺、伊北区，去伊州的法院里面核实这个划款令的真实性，就是是否是真的，那亚马逊的法务核实完了之后呢，就会划款，这个是之前成功的一个大概逻辑，但是最近它都不行了。

最原来我们的一些卖家问，为什么小牛我在你这里有的一个半月就出款，有的三个月还没出款？那其实当时我跟大家讲的是亚马逊他们太忙了，因为我是做申诉起步的，你们知道有些案子他会审核很久很久，然后当时我就以为是亚马逊的 case 堆积了，我就说等他，给他点时间，等一等他吧，他应该是案子太多了，需要逐步去审核，所以我们等了又等，等了又等，但是还是没等到结果。

那么现在已经水落石出了。其实在那个时候，亚马逊就已经觉得这个事情不对劲了，因为强开今年太火了，我们我们这些渠道把这个业务推到了顶峰，它的流量很大，然后需求量很大，所以亚马逊呢也注意到了这个事情。所以亚马逊当时不是不划款，是他已经知道我们中国卖家在干什么了，他就是故意不划款，他是错过了很多发生问题的案例之后，当时

只是个例，但是当他抓取到足够多的案例之后呢，就统一不划款了，也就是现在爆掉了。现在亚马逊很多卖家就问小牛，亚马逊他不是在美国境内吗？为什么不听美国法院的命令？他有这么牛吗？他归根到底也是美国的一个本土的一个企业，他凭什么不听法院的命令？那我们给你讲一下。亚马逊目前跟我们的律师沟通，他回复到他从来没有说他不听从法院的命令，他不敢这样回，因为这样子他胆子太肥了，他不能这样回。亚马逊目前的说辞很简单，他觉得这个命令是基于一个不真实的一个前提下，让法官错误下达的一个命令，所以他觉得他没有必要去执行。

那其实也就是亚马逊知道我们的这些被告客户，也就是强开客户和我们是串通好的，所以亚马逊就不去执行了。目前亚马逊已经完完全全的明白了我们在干嘛，我不知道他是怎么知道的，但是我的一些……但是我的一些代理，他跟我聊过一个问题，第一是今天亚马逊强开出款的金额太大了，第二个是有一些服务商，他可能是吃不到葡萄说葡萄酸，这个我不点名是谁，但是既然这个人告诉了我，那肯定也不是我一个人知道你们对号入座，我们评论区……就是我在视频中不去探讨，他们吃不到葡萄说葡萄酸，所以他们就把我们的案件号和证据，以及我们这些服务商源头的宣传，我就是宣传朋友圈吧，然后发给了亚马逊去举报，我不知道这个是真是假，反正不管怎样，亚马逊目前是抓住了这个，就是他发现了我们的一些不合规的操作，然后他知道我们这些都是串通好的，所以他……其实你们想一想，所有出款的资金，他为什么需要找我们展开？为什么不资金申诉？他要不然是资金申诉失败了，要不然是法人根本配合不了。总之这些钱是根本拿不出来的，他才会找我们。那等于说出款的金额全是亚马逊损失掉的纯利润，这些是他们的纯利润，很恶心。我目前总共手里卡了 17 个划款令没有出现，有批量的、有一对一的，总之有 17 个，那我也为此亏了很多、很多钱。虽然之前赚到了，但是最近也亏了很多，因为这些都是真金白银去铺垫、去打官司的。

然后呢，怎么说呢，兵来将挡，水来土掩，我们目前也已经在想新的法子了，因为我不甘心呐，我才进入这个行业才两个多月就嘎掉了，我就想了新的思路，所以我目前已经在做新的尝试了。对，目前已经测试有一周了，大概是两到三个月，可能会更快一点，可能会出款，希望能成功。反正最近强开的事情就是这样子，他都出不了了。还有一件事情更恶心了，你看我们的这个案子，他现在还有 178 美金，然后我们转到付款，这个是我的一个强开案子交易了，大家可以看到，在 7 月 31 号的时候我们的案子我就划款了 58,000 美金，也就是说，这个是我强开的一个客户，他的钱亚马逊已经划走了，并且是法律校正。大家都知道这个就是我们律所划走的一个标志，但是实际上亚马逊并没有给到我们律所，是真的没有给。我的律师渠道是很信得过的，因为都是我们线下的一些见过面的一些朋友，不是那些网上随便找的，所以，亚马逊……我觉得他大概率不会给了这笔钱，希望给

的最好，但是大概率不会给了。为啥呢？因为他目前已经知道我们是串通好的，他要再给的话，就有点二逼了。我希望他给啊，我真的很希望他给，所以这种事情我也不知道怎么跟客户解释。总之呢，在这里帮助页面开 case 是能查到的，但是这个情况是最近才有的。然后呢，亚马逊封店 180 天以上的，也就会因为违规、违反政策把钱划走，这也很多，也不是每一个 180 天封店都会划，但是已经划了很多了。很烦，反正我会把这个事情做到底的，因为我已经在进行了。

一下子不知道讲什么了，反正强开的事情真像我刚才说到的只有 1/3 左右，还有很多内幕，还有很多瓜，我不方便讲，因为会得罪人。但是这个事情你们早晚会知道，可能会从别的人嘴里说出来，你们就知道了。其实我们这次这个业务爆雷是跟某些人有关系，而且是真的和他们有关系，他们他们胆子太大了，用我的律师的原话讲，就是他们一个老鼠屎坏了一锅粥，希望我新的法子能成功吧。目前我已经在测试的就是单点，就是比较大的金额，小金额先不测试了。

就这样子吧，希望我们能够继续做下去，因为这个业务我们能赚钱，卖家们也能少损失，总之对我们国内来说都是好处，就是让亚马逊少坑掉我们的钱，17 个划款令我亏了 31 万人民币，睡都睡不好觉了，你们有类似的问题可以跟我交流。目前国内做这个强开的源头有两个半，我为什么说两个半呢？因为另一个跟我是好朋友，我们认识很熟了已经，另外半个，我觉得他不能算一个，因为他规模很小，他的客户量很小，而且他做的也不怎么熟，我感觉，我虽然是后来的，但是我本身就是亚马逊这个行业内的，所以我对亚马逊的规则还真的太懂了，所以我起步……就是我做得很快，现在体量很大了，但是希望我能够做下去吧，因为如果我还能做下去的话，我真的希望能够做下去。

[END 10:52]

**VID_20261007_095815_1.**
**Kilpatrick Townsend & Stockton LLP**
**October 14, 2026**
**Transcript by TransPerfect**

[00:00-01:10]

[01:10]

It feels like it has been a long time since I last recorded a video for everyone. Today, I finally have some free time. I've been holding this in for a long time, and this is the only day I've had free recently. In this video, I want to talk in detail about the recent developments with the forced-payout business, because as you all know, I've put my heart and soul into this business and spent a tremendous amount of time and effort on it. Recently, some things have happened, and the business has now been halted. Many people, whether sellers or service providers, have been asking me, "Xiao Niu, is this forced-payout service no longer viable? Has it failed?" And why can people no longer get their funds released? Many sellers still don't even know what has happened. As you know, I only started researching this business in February this year. The first case was filed on April 15, and I didn't receive my first payout until June, when the first batch of funds was successfully released. In fact, the business operated successfully for less than two months before problems arose. So today, I'm going to explain what exactly happened with Amazon.

The truth is that this forced-payout business involves an action that Amazon does not allow in the first place. Sooner or later, Amazon was bound to shut it down. It really was only a matter of time; it has simply blown up now. So how does it work? Let me show you. I'll explain it to you. I won't read the text here; you can read it yourselves. The term "forced payout" sounds intimidating, but in reality, it involves filing a lawsuit... using litigation as a means of taking legal action. After winning the case... basically, we file a lawsuit. After winning the lawsuit, we ask the judge to sign a fund transfer agreement that we drafted ourselves. Our fund transfer agreement specifies how much money Amazon must transfer to our account. However, this is an agreement drafted by us and does not have legal effect on its own. After winning the lawsuit, we ask the judge to sign our fund transfer agreement. Once the judge signs it, it gains legal effect and becomes effective. Then we can send this transfer document—which we can no longer call a transfer agreement, but rather a transfer order, a fund transfer order—to Amazon's legal department. After receiving the transfer order, the legal department goes to the United States. We operate in Illinois, specifically the Northern District of Illinois, so they go to the court in Illinois to verify whether the transfer order is authentic. After Amazon's legal team completes the verification, it transfers the funds. That was roughly how the process worked successfully before, but recently, it has stopped working.

Originally, some sellers would ask, "Xiao Niu, why did I receive my payout after just a month and a half with you, while someone else has been waiting three months and still hasn't received theirs?" At the time, I told everyone that Amazon was simply too busy. As you know, I started out handling appeals, and some cases can take a very long time to review. I thought Amazon had accumulated a backlog of cases, so I told everyone to give it some time and wait. I thought they

had too many cases and needed to review them one by one. So we waited and waited, but the results never came.

Now the truth has finally come to light. In fact, Amazon had already realized that something was wrong back then. The forced-payout business became extremely popular this year. We, the various channels promoting this service, pushed it to its peak. Traffic was enormous, and demand was very high, so Amazon took notice. So Amazon wasn't simply failing to transfer the funds at that time. It already knew what Chinese sellers were doing, and it deliberately withheld the payments. It encountered many problematic cases one after another. At first, they were isolated incidents, but once Amazon had gathered enough examples, it stopped making the payments across the board. That's what has happened now. Many Amazon sellers are asking Xiao Niu, "Isn't Amazon based in the United States?" Why doesn't it obey court orders issued by American courts? Does it think it's above the law? Ultimately, it's an American company. Why wouldn't it obey a court order? Let me explain. Amazon has been communicating with our lawyers, and its response has been that it has never said it would refuse to comply with court orders. It wouldn't dare say that because it would be going too far. Amazon's current position is very simple: it believes the order was issued by the judge based on a false premise, which misled the judge into issuing the order incorrectly. Therefore, it believes it has no obligation to comply with it.

In other words, Amazon knows that the defendants in these cases—our forced-payout clients—have colluded with us, so it is refusing to comply with the orders. Amazon now fully understands what we have been doing. I don't know how it found out, but some of my agents have discussed this with me. First, the amounts being released through forced payouts have become too large. Second, some service providers may be acting out of jealousy because they can't get in on the business. I won't name anyone, but since someone told me about it, I'm certainly not the only person who knows. You can probably figure out who I'm talking about from the comments... I won't discuss it in this video. They couldn't get a piece of the pie, so they became bitter and allegedly sent Amazon our case numbers and evidence, along with promotional materials from service providers like us—I mean, the promotional posts I shared on my social media feed—to report us to Amazon. I don't know whether this is true. Regardless, Amazon has now identified certain noncompliant practices and realized that we had colluded with our clients. So... think about it: for all the funds that were successfully released, why did the sellers have to come to us in the first place? Why didn't they simply appeal to Amazon to release their funds? Either their appeals to recover the funds had failed, or the legal representative of the company simply couldn't cooperate with the process. In short, these were funds they couldn't get back through normal channels, which is why they came to us. That means all the funds released were pure profits that Amazon lost. Those were its pure profits. It's really infuriating. I currently have 17 transfer orders stuck in the process without the funds being released. Some involve bulk cases, while others are individual cases. In total, there are 17, and I've lost a tremendous amount of

money as a result. Although I made money before, I've also lost a lot recently because all of this required real money to be put up in advance to file and litigate the cases.

So, how should I put it? When soldiers come, we'll send generals to meet them; when floods come, we'll build embankments. We're already thinking of new approaches because I refuse to give up. I only entered this industry a little over two months ago, and the business has already collapsed. So I've come up with a new strategy, and I'm currently testing a new approach. Yes, I've already been testing it for about a week. It may take around two to three months, perhaps even less, before the funds can be released. I hope it succeeds. Anyway, that's the current situation with forced payouts. The existing method simply doesn't work anymore. There's something even more infuriating. Look at this case of ours: it still shows USD 178, and then we have the transfer to payment. This is one of my forced-payout cases. You can see that on July 31, I initiated a transfer of USD 58,000 from the case. In other words, this is a client in my forced-payout business whose money Amazon has already transferred out, and it has also undergone legal verification. Everyone knows this is the indicator that our law firm has transferred the funds, but in reality, Amazon has not paid the money to our law firm. It genuinely has not paid it. I have a lot of trust in my legal contacts because they're friends I've met in person, not people I've randomly found online. So, I think there's a high probability that Amazon won't pay this money. I hope it does, and it would be great if it does, but I think it's unlikely. Why? Because Amazon now knows that we colluded with our clients. If it paid us again, that would be pretty stupid. I really hope it pays. I truly do. But I don't know how to explain this situation to my clients. Anyway, the case can be found through the case-opening function on the Help page, but this situation has only arisen recently. Also, Amazon has been transferring funds away from sellers whose stores have been suspended for more than 180 days due to violations or policy breaches. This has happened quite often, although not every store suspended for more than 180 days has its funds transferred away. However, many such cases have already occurred. It's frustrating. In any case, I'm going to see this through to the end because I've already committed to it.

I've suddenly run out of things to say. Anyway, what I've told you about the forced-payout situation is only about one-third of the whole story. There's a lot more inside information and plenty of other revelations, but I can't discuss them because it would offend people. However, sooner or later, you'll find out about this. It may come from someone else's mouth, and then you'll understand. Actually, the collapse of this business is related to certain people, and they really are involved. They're far too brazen. To quote my lawyer, "One bad apple spoiled the whole bunch." I hope my new approach works. At the moment, I'm testing a targeted approach involving individual cases with relatively large amounts. I'm not testing small amounts for now.

That's all for now. I hope we can continue doing this business because it makes money for us and helps sellers reduce their losses. Overall, it's beneficial for businesses in China because it means

Amazon will take less of our money. I've lost RMB 310,000 on those 17 transfer orders, and I can't even sleep properly. If you're dealing with similar problems, you can get in touch with me. Currently, there are two and a half major originators of this forced-payout business in China. Why do I say two and a half? Because one of them is a good friend of mine, and we've known each other for a long time and are very familiar with each other. As for the other half, I don't think they really count as a full player because their operation is very small, they have very few clients, and they don't seem particularly experienced. I feel that even though I entered the business later, I've been in the Amazon industry itself for a long time, so I understand Amazon's rules very well. That's why I got started... and grew the business very quickly. The scale is now quite large. I just hope I can keep going, because if I'm able to continue, I genuinely want to.

[END 10:52]