# EXHIBIT B

**亚马逊美国站的资金强开现在到底还能不能做？？？**

Original 小牛 小牛申诉 Sep 28, 2026, 3:31 AM

# 亚马逊美国站的资金强开现在到底还能不能做？？？




之前美国站所谓的“强开”，核心逻辑其实很简单：

通过美国诉讼取得法院支持，再由法官签署划款令，要求亚马逊按照法院命令执行资金划转。

以前这套逻辑是能够跑通的。法院签署划款令以后，亚马逊通常会按照法院命令执行。

**但从今年开始，情况发生了明显变化。**

一开始我们也认为，是亚马逊内部处理效率变慢了，或者是执行流程出现了问题，所以一直在通过律师渠道催促。但后面我们才逐渐确认，事情并没有这么简单。

亚马逊现在已经非常清楚这类业务背后的整个操作逻辑。

所以目前的问题已经不是“亚马逊什么时候执行”，而是亚马逊开始主动应对这类法院划款令。

在我的一些案件中，如果律师催得过于频繁，亚马逊会直接派出大所律师介入该案件，向法官提出“把之前已经批下来的划款令无效的动议”，并把他们掌握的这类业务模式、案件操作情况以及相关信息提交给法院。根据目前的结果法官是百分百会批准亚马逊律师的动议。

**所以我可以很明确地说：以前那套强开逻辑，现在已经走到头了。旧方法已经失效了，再继续按照原来的方式收费、操作，本质上就是浪费大家的时间以及我们的钱。**

但是，这并不代表美国站资金强开彻底没有办法了。

恰恰相反。这三个多星期，我们一直在测试另外一套完全不同的思路。

目前已经持续测试了三周半。

现在还不能跟大家说“百分之百成功”，因为这套方法还没有完成完整周期，我也不想在结果出来之前把话说满。

**按照目前的测试进度，预计还需要2—3个月左右才能看到比较明确的结果。**

我是一个生意人，这次的测试我投入了大量时间和成本我不会打没有准备的仗，目前成功出款的可能性非常大。

小余额账号暂时不要考虑强开。

现阶段我们主要测试和处理的是资金体量比较大的美国站账号，因为只有大余额账号，才有足够的空间去承担前期的律师成本、诉讼成本和测试成本。

至于小余额账号，未来如果亚马逊的政策、执行机制或者内部流程出现回调，可能还会重新出现机会。



小牛
美国边远小岛

扫一扫上面的二维码图案，加我为朋友。

公众号 · 小牛申诉

Author's tip: 个人观点，仅供参考

Captured by FireShot Pro: 06 October 2026, 07:56:52 PM
https://getfireshot.com

Page 1
Can the "forced withdrawal" of funds from the Amazon US store actually still be done now???
https://mp.weixin.qq.com/s/AMDiiJcWqpzL4iU3J-3d6g

**Can the "forced withdrawal" of funds from the Amazon US store actually still be done now???**

Original

NIU Appeals Sep 28, 2026, 3:31 AM

# Is it still possible to do forced fund release for Amazon US accounts now???




Previously, the core logic of the so-called "forced withdrawal" on the US store was actually very simple:

**Obtain court support through a US lawsuit, then have a judge sign a payment order, requiring Amazon to execute the funds transfer in accordance with the court order.**

In the past, this logic used to work. After the court signed a payment order, Amazon would usually execute it in accordance with the court's order.

But since the beginning of this year, the situation has changed significantly.

At first, we also thought it was because Amazon's internal processing efficiency had slowed down, or that there was a problem with the execution process, so we kept urging them through legal channels. But later we gradually confirmed that things were not that simple.

**Amazon is now very clear about the entire operational logic behind this type of business.**

Therefore, the current problem is no longer "when will Amazon execute it," but rather that Amazon has started to proactively deal with these types of court payment orders.

In some of my cases, if lawyers push too frequently, Amazon will directly dispatch attorneys from major law firms to intervene in the case, file a "motion to invalidate the previously approved disbursement order" with the judge, and submit the information they hold regarding such business models, case operation details, and related information to the court. Based on current results, judges will 100% approve Amazon's attorneys' motion.

So I can state very clearly: The old logic of forced release has reached its end. Old methods are no longer effective; continuing to charge and operate in the original way is essentially wasting everyone's time and our money.

However, this does not mean there is absolutely no way to force the release of funds for the US marketplace.

Quite the contrary. For the past three-plus weeks, we have been testing a completely different approach.

It has been under continuous testing for three and a half weeks so far.

I cannot tell everyone "100% success" right now, because this method has not yet completed a full cycle, and I don't want to make definitive claims before the results are out.

Based on the current testing progress, it is expected to take about another 2-3 months to see relatively clear results.

Captured by FireShot Pro: 06 October 2026, 07:56:52 PM
https://getfireshot.com

I am a businessman. I have invested a lot of time and cost into this test. I do not fight battles unprepared; currently, the possibility of a successful withdrawal is very high.

Do not consider forced withdrawal for accounts with small balances for the time being.

At this stage, we are mainly testing and handling US site accounts with relatively large capital volumes, because only accounts with large balances have enough room to cover the initial legal costs, litigation costs, and testing costs.

As for accounts with small balances, if Amazon's policies, enforcement mechanisms, or internal processes revert in the future, opportunities may reappear.



**NIU**

US remote island

Scan the QR code above to add me as a friend.

Official Account・NIU Appeals

Author's tip: Personal opinion, for reference only

Captured by FireShot Pro: 06 October 2026, 07:56:52 PM
https://getfireshot.com