# 招募亚马逊美国站强开代理

Original 亚马逊小牛申诉 小牛申诉 Sep 24, 2026, 3:36 AM

大家好，我是小牛。

招募亚马逊美国站强开代理。

目前固定每周五立案。大金额案件一般1个月左右，小金额案件一般1-2个月，具体还是要看每个案件的实际进度，不敢保证每个案件都一样。

这条渠道是我今年2月份专门去美国，前后花了一个多月时间，一点点跑出来、谈出来的。现在和我合作，没有中间人赚差价，我也希望把代理价格尽量留给合作伙伴。

如果你担心靠不靠谱，我建议不要急着合作。可以先来公司看看真实案例，也可以去问问和我们合作过的卖家、同行，听听他们怎么评价我们。我一直觉得，别人说我好，不如你自己去了解，更值得相信。

想加入亚马逊受害者联盟或者亚马逊强开源头交流群的朋友，也欢迎联系我，大家一起交流经验、共享信息。

微信：Amz_xn

我是小牛，不会承诺做不到的事情，也不会把每个案件都说成百分百成功。如果有机会合作，我会尽力把每一个案件认真做好；如果没有合作，也欢迎交个朋友。







Author's tip: 个人观点，仅供参考

# Recruiting Amazon US marketplace force-Reopening agents

Original Amazon NIU Appeals NIU Appeals Sep 24, 2026, 3:36 AM

Hello everyone, I am NIU.

Recruiting Amazon US marketplace force-Reopening agents.

Currently, case initiation is fixed every Friday. High-value cases generally take about 1 month, low-value cases generally take 1-2 months; specifically, it depends on the actual progress of each case. We cannot guarantee that every case will be the same.

I specifically traveled to the U.S. this February to secure this channel, spending over a month running around and negotiating it little by littlemn. When you work with me, there are no middlemen earning a spread, and I hope to keep the agency pricing for my partners as much as possible.

If you are worried about whether this is reliable, I suggest you don't rush into a partnership. You can first come to our company to see real cases, or you can ask sellers and peers who have worked with us and hear what they have to say about us. I have always felt that having others say I'm good isn't as trustworthy as you finding out for yourself.

Friends who want to join the Amazon Victims Alliance or the Amazon Forced-Reinstatement Source Exchange Group are also welcome to contact me; let's share experiences and information together.

WeChat: Amz_xn

I am NIU. I won't promise things I can't deliver, nor will I claim that every case is a 100% success. If we have the opportunity to work together, I will do my best to handle every case with care; if not, you are still welcome to be friends.







Author's tip: Personal opinion, for reference only