# EXHIBIT D

9:11

亚马逊小牛申诉 Follow



## 亚马逊美国站 tro 法律诉讼出款

分享一波 8 月 5 日后台划款

亚马逊已经察觉到强开业务

这个业务随时会终止，希望一切顺利#亚马逊小牛跨境 #亚马逊受害者联盟 #亚马逊资金申诉 #亚马逊资金强开源头 #亚马逊离职员工组建的申诉公司 #亚马逊资金强开 #亚马逊小牛申诉

Group | 亚马逊受害者联盟③群 (184)

You may like | 亚马逊美国站 tro 法律诉讼

Translate

8/24 Henan

Dislike

Say something...

Say something

1 Save Cmt


出款金额截图发我下 8月5日的后台出款截图
我现在安排转款。
进入派安盈结汇人民币汇率是
1.00 USD = 6.6304 CNY
包括Payoneer货币转换费
(可以登录派安盈结汇人民币处核查)
这三家?
15:16
4415.62
2599.89
7500
合计14515.51
14515.51* (
7.4550016
确认无误发我银行卡就行。
只能银行卡吗
微信支付宝都行
都可以
你要美金都可以
稍等
交易
已开发票订单付款设置
下载
日期
交易状态
交易类型
订单编号
商品详情
商品价格总额
促销返点总额
亚马逊所收费用
其他
总计
2026/8/5
已发放
其他
法律或合规性校正
US$0.00
-US$2,599.89
服务费用
CNH4wKQuJM
亚马逊物流弃置费用:
-US$0.84
-US$7,500.00
rednote ID: wei793448792
17:01
2026/8/24


都可以
你要美金都可以
稍等
@小牛 转这个支付宝
15:46
账单详情
-38,498.86
交易成功
订单金额 38498.88
首次立减 -0.02
支付时间 2026-08-24 15:46:35
付款方式 建设银行储蓄卡(2307)
商品说明 收钱码收款
支付奖励 立即领取36积分
收款方全称
推荐服务
领银行卡立减金，支付就可用 去查看
更多
账单管理 你因这笔消费解锁了"日用百货"贴纸
账单分类 日用百货
标签 请选择
使用记账本、查看自定义分类、标签统计
查收!
收到了
交易
已发放
其他
法律或合规校正
US$0.00
-US$2,599.89
服务费用
CNH4wKQuJM
US$0.84
-US$0.84
-US$7,500.00
rednote ID: wei793448792
17:02
2026/8/24



好
14:20
出款金额截图发我下 8月5日的后台出款截图
我现在安排转款。
进入派安盈结汇人民币汇率是
1.00 USD = 6.6304 CNY
包括Payoneer货币转换费
（可以登录派安盈结汇人民币处核查）
交易时间 2026/08/24 14:31:31
交易类型 银行账号转账
交易渠道 手机银行
转账金额 ¥46,718.88
大写金额 人民币 肆万陆仟柒佰壹拾捌元捌角捌分
附言 小牛强开
凭证号 163329259958
收款方
户名
账号
收款银行 平安银行
付款方
户名 田泽豪
账号 6217***2307
中国建设银行
电子回单
专用章
此回单说明转账交易受理成功，不代表资金已转入收款账户，不作为收付方交易确认的最终依据。交易结果请以收款账户实际入账为准。
关注"中国建设银行"微信公众号
发现更多精彩

9:11

Amazon NIU Appeal

Follow



## Amazon US TRO lawsuit payout

Sharing a batch of backend payouts on August 5th

Amazon has already detected the force-payout service

This service could be terminated at any time, hope everything goes well #AmazonNIUCrossBorder #AmazonVictimsAlliance #AmazonFundsAppeal #AmazonFundsForcePayoutSource #AppealsCompanyFoundedByExAmazonEmployees #AmazonFundsForcePayout #AmazonNIUAppeals

Group | Amazon Victims Alliance Group 3 (184)

You may like | Amazon US TRO lawsuit

Translate

8/24 Henan

Dislike

Say something...

Say something

1

Save

Cmt

Send me the payout amount screenshot and the backend payout screenshot for August 5th. I am arranging the transfer now.
The RMB exchange rate for Payoneer withdrawal is
1.00 USD = 6.6304 CNY
Including Payoneer currency conversion fee
(You can log in to the Payoneer RMB withdrawal section to verify)

These three?

15:16

Guo Xiao[redacted]Wang Tao 4415.62
Zhou[redacted]Li Hang 2599.89
Liang Hong[redacted]Kai 7500

Total 14515.51

14515.51* ( [illegible] 7.4550016

Once confirmed, just send me your bank card info.

Is it bank card only?

WeChat and Alipay both work

Either is fine

USD is fine

One moment

Send

---

All transaction statuses

Billing cycle

Now, you can use the "Download" button to generate a transaction report, as shown in the table. This report is limited to 600 transactions. To view the full transaction list and other columns not displayed here, please use the payment reports on the All Settlements or Report Repository tabs.×

Transaction

Invoiced order payment | Downlo

| Date | Transaction status | Transaction Type | Order number | Product details | Total product price | Total promotional rebates | Amazon's fees | Others | Total |
|---|---|---|---|---|---|---|---|---|---|
| 2026/8/5 | Disbursed | Others | --- | Legal or compliance correction | US$0.00 | US$0.00 | US$0.00 | -US$2,599.89 | -US$2,599.89 |

---

Transaction status

All transaction statuses

Days overdue

Billing cycle

Now, you can use the "Download" button to generate a transaction report, as shown in the table. This report is limited to 600 transactions. To view the full transaction list and other columns not displayed here, please use the payment reports on the All Settlements or Report Repository tabs.×

Invoiced order payment settings | Download

| Transaction status | Transaction Type | Order number | Product details | Total product price | Total promotional rebates | Amazon's fees | Others | Total |
|---|---|---|---|---|---|---|---|---|
| Disbursed | Service fees | CNH4wKQuJM | FBA disposal fees: | US$0.00 | US$0.00 | -US$0.84 | US$0.00 | -US$0.84 |
| Disbursed | Others | --- | Legal or compliance correction | US$0.00 | US$0.00 | US$0.00 | -US$7,500.00 | -US$7,500.00 |

---

Transaction status

All transaction statuses

Days overdue

Billing cycle

Now, you can use the "Download" button to generate a transaction report, as shown in the table. This report is limited to 600 transactions. To view the full transaction list and other columns not displayed here, please use the payment reports on the All Settlements or Report Repository tabs.×

Invoiced order payment settings | Download

| Transaction status | Transaction Type | Order number | Product details | Total product price | Total promotional rebates | Amazon's fees | Others | Total |
|---|---|---|---|---|---|---|---|---|
| Disbursed | Service fees | CNH4wKQuJM | FBA disposal fees: | US$0.00 | US$0.00 | -US$0.84 | US$0.00 | -US$0.84 |
| Disbursed | Others | --- | Legal or compliance correction | US$0.00 | US$0.00 | US$0.00 | -US$7,500.00 | -US$7,500.00 |

rednote ID: wei793448792

17:01
2026/8/24

Either is fine

USD is fine

One moment

@NIU transfer to this Alipay

Open Alipay to scan

15:46

Bill Details

-38,498.86

Transaction successful

| | |
|---|---|
| Amount | 38498.88 |
| 100-time instant discount | -0.02 > |
| Time | 2026-08-24 15:46:35 |
| Payment method | China Construction Bank debit card (2307) |
| Product description | QR code payment collection |
| Payment reward | Claim 36 points now |
| Full name of payee | |
| Recommended Services | |

Claim bank card instant discount, usable upon payment Check it out >

More

Bill Management — You have unlocked the "Daily Necessities" sticker for this purchase

| | |
|---|---|
| Bill Category | Daily Necessities > |
| Tags | Please select > |

Use the ledger to view custom category and tag statistics >

Include in Income/Expense

Please check!

Received

Send

All transaction statuses — Billing cycle

Now, you can use the "Download" button to generate a transaction report, as shown in the table. This report is limited to 600 transactions. To view the full transaction list and other columns not displayed here, please use the payment reports on the All Settlements or Report Repository tabs.×

Transaction

Invoiced order payment settings — Download

| Date | Transaction status | Transaction Type | Order number | Product details | Total product price | Total promotional rebates | Amazon's fees | Others | Total |
|---|---|---|---|---|---|---|---|---|---|
| 2026/8/5 | Disbursed | Others | --- | Legal or compliance correction | US$0.00 | US$0.00 | US$0.00 | -US$2,599.89 | -US$2,599.89 |

Transaction status: All transaction statuses — Days overdue — Billing cycle

Now, you can use the "Download" button to generate a transaction report, as shown in the table. This report is limited to 600 transactions. To view the full transaction list and other columns not displayed here, please use the payment reports on the All Settlements or Report Repository tabs.×

Invoiced order payment settings — Download

| Transaction status | Transaction Type | Order number | Product details | Total product price | Total promotional rebates | Amazon's fees | Others | Total |
|---|---|---|---|---|---|---|---|---|
| Disbursed | Service fees | ChH4wKQuJM | FBA disposal fees: | US$0.00 | US$0.00 | -US$0.84 | US$0.00 | -US$0.84 |
| Disbursed | Others | --- | Legal or compliance correction | US$0.00 | US$0.00 | US$0.00 | -US$7,500.00 | -US$7,500.00 |

Transaction status: All transaction statuses — Days overdue — Billing cycle

Now, you can use the "Download" button to generate a transaction report, as shown in the table. This report is limited to 600 transactions. To view the full transaction list and other columns not displayed here, please use the payment reports on the All Settlements or Report Repository tabs.×

Invoiced order payment — Download

| Transaction status | Transaction Type | Order number | Product details | Total product price | Total promotional rebates | Amazon's fees | Others | Total |
|---|---|---|---|---|---|---|---|---|
| Disbursed | Service fees | ChH4wKQuJM | FBA disposal fees: | US$0.00 | US$0.00 | -US$0.84 | US$0.00 | -US$0.84 |
| Disbursed | Others | --- | Legal or compliance correction | US$0.00 | US$0.00 | US$0.00 | -US$7,500.00 | -US$7,500.00 |

rednote ID: wei793448792

17:02
2026/8/24

Okay

14:20

Please send me the withdrawal amount screenshot, the August 5th backend withdrawal screenshot.
I am arranging the transfer now.
The exchange rate for converting to RMB via Payoneer is
1.00 USD=6.6304 CNY
Including Payoneer currency conversion fee
(You can log in to the Payoneer RMB withdrawal section to verify)



[redacted]
A3[redacted]WT1

[redacted]Z1LC

[redacted]
A[redacted]QD

[redacted]
A[redacted]TVP



| | |
|---|---|
| Transaction Time | 2026/08/24 14:31:31 |
| Transaction Type | Bank Account Transfer |
| Transaction Channel | Mobile Banking |
| Transfer Amount | ¥46,718.88 |
| Amount in Words | RMB 46,718.88 |
| Memo | NIU Forced Reopening |
| Reference Number | 163329259958 |

## Payee

| | |
|---|---|
| Account Name | [redacted] |
| Account Number | [redacted] |
| Receiving Bank | Ping An Bank |

## Payer

[seal:] China Construction Bank Special Seal for Electronic Receipts

| | |
|---|---|
| Account Name | Tian Zehao |
| Account Number | 6217***2307 |

This receipt indicates that the transfer transaction has been successfully accepted. It does not mean that funds have been credited to the payee's account, and it shall not serve as the final basis for transaction confirmation between the payer and payee. The transaction result is subject to the actual credit in the payee's account.

**Follow the "China Construction Bank" WeChat official account to discover more exciting content**

17:05
2026/8/24