# EXHIBIT F

TRANSPERFECT
LEGAL SOLUTIONS

I, Yuk Chong Lai, hereby certify that I am competent to transcribe from Chinese into Chinese and that the attached transcription, is, to the best of my knowledge and belief, a true, complete, and accurate transcription of the Chinese-language materials identified a “VID_20261007_095815_1” from Chinese into Chinese.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Yuk Chong Lai

Yuk Chong Lai
Transcriptionist

TRANSPERFECT

I, Kelly Lee, hereby certify that I am competent to translate from Chinese into English and that the attached translations, are, to the best of my knowledge and belief, a true, complete, and accurate translation of the Chinese-language materials identified as the filenames below from Chinese into English.

01 - Yuan RedNote account and seller ledger
FireShot Capture 002 - 招募亚马逊美国站强开代理 - [mp.weixin.qq.com]
FireShot Capture 003 - 亚马逊美国站的资金强开现在到底还能不能做？？？ - [mp.weixin.qq.com]
FireShot Capture 004 - 亚马逊TRO业务最新解读。（干货）- [mp.weixin.qq.com]
FireShot Capture 005 - 529_TRO难度增加。卖家重大利好。 - [mp.weixin.qq.com]
FireShot Capture 006 - 528近期扫号类型：违规合并_僵尸_种子链接（亚马逊受害者联盟8群招募开始） - [mp.weixin.qq.com]
Guanghua Chen - 1-26-cv-05339 - Dkt 19 - 2026-06-26
IMG_4557
IMG_4558
IMG_4559
IMG_4560
IMG_4561
IMG_4561 2
IMG_4562
IMG_4564
IMG_4565
IMG_4566
IMG_4567
IMG_4568
IMG_4570
IMG_4571
IMG_4572
IMG_4573
IMG_4574
IMG_4575
IMG_4576
IMG_4577
IMG_4578
IMG_4579
IMG_4580
IMG_4581
IMG_4582
IMG_4583
IMG_4584
IMG_4585
IMG_4591
IMG_4597
IMG_4598
IMG_4599
IMG_4600
IMG_4601
IMG_4602
IMG_4603
IMG_4604
IMG_4605
Screenshot 2026-10-07 at 9.45.12 AM
VID_20261007_095815_1
Video from Amazon Xiao Niu Appeal (1)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

KELLY LEE

October 16, 2026