**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NEXTCLIMB INVESTMENTS, LLC<br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Civil Action No. 1:26-cv-05593<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF SHAOYI CHE**

I, Shaoyi Che, declare as follows:

1. This declaration is based on my personal knowledge of the facts stated herein or on information obtained through investigation conducted in the course of representing Plaintiff in this matter. If called as a witness, I could and would testify competently to the matters stated herein.

2. I am an attorney duly admitted to practice before the United States District Court for the Northern District of Illinois. I am counsel for Plaintiff in this action.

3. In response to expedited discovery served in this action, Amazon provided Plaintiff's Counsel with information concerning Defendants' accounts, including Defendants' contact information, infringing sales information, and account balances, but did not disclose that certain accounts were already subject to unrelated holds or restrictions. A true and correct copy of the relevant Amazon production is attached as Exhibit 1.

4. Before Amazon filed its Motion to Stay on October 6, 2026, I had no prior knowledge that

any Defendant's Amazon account had previously been frozen for reasons unrelated to Plaintiff's claims.

5. I had no contact with any Defendant before this litigation.

6. I was directly in charge of the settlement discussions and did not witness the participation of any third party.

7. At the September 22, 2026 hearing, I appeared as directed by the Court. At that time, substantial portions of Amazon's submission remained redacted from Plaintiff and its counsel. The Court raised concerns relating to those materials, but because I could not see the redacted information, I was unable to meaningfully address those concerns.

8. Attached as Exhibit 2 is a true and correct copy of an October 14, 2026 Law360 article titled *Amazon Flags Possible Abuse in Chicago 'Schedule A' Suits*. The article reports, among other things, that Amazon has cited the NextClimb matter in requests to halt transfers in other cases and has sought stays in numerous other actions in this District.

9. Attached as Exhibit 3 is a true and correct copy of a screenshot of the bio page of "Xiao Niu" on a Chinese social-media app, Red Note. It was taken around 9 PM CST on Oct 19, 2026. A professional translation provider prepared the translation and included its certification seal.

10. I have reviewed Amazon's supplement at Dkt. 62. I do not know the person referred to in the supplement "Amazon Xiao Niu Appeal" ("Xiao Niu"); I have not communicated with this person, and I have not participated in whatever scheme Amazon contends he is running. None of the cases referenced or transactions referred to in the video and social media posts are in any way related or connected to me or my law firm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on Oct 20, 2026

Shaoyi Che

Shaoyi Che

Counsel for Plaintiff