# Exhibit 1

# Redacted