**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NEXTCLIMB INVESTMENTS, LLC<br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Civil Action No. 1:26-cv-05593<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF NICOLAUS WINDEKILDE JANNASCH IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO NON-PARTY AMAZON.COM, INC.'S MOTION TO STAY ENFORCEMENT OF ORDER DIRECTING RELEASE OF FUNDS AND FOR FURTHER RELIEF**

I, Nicolaus Windekilde Jannasch, declare as follows:

1. I am over the age of eighteen, competent to testify, and make this declaration based on my personal knowledge or on business records maintained in the ordinary course of business by NextClimb Investments, LLC. If called as a witness, I could and would testify truthfully to the matters set forth herein.

2. I am the owner of NextClimb Investments, LLC ("NextClimb" or "Plaintiff"), and I am fully familiar with Plaintiff's operations, trademark, branding, marketing activities, and efforts to protect its intellectual property.

3. I do not personally know any of the Defendants in this action, had no contact with any of them before this litigation, and knew of them only through Plaintiff's investigation of their infringing activities.

4. I did not communicate directly with any Defendant in connection with the settlements at issue.

5. Before Amazon filed Non-Party Amazon.com, Inc.'s *Ex Parte* and *In Camera* Motion to Stay Enforcement of Order Directing Release of Funds and for Further Relief on October 6, 2026, I had no knowledge that any Defendant's Amazon seller account had previously been restricted for reasons unrelated to NextClimb's claims. *See* Dkt. 59-1.

6. Plaintiff also markets and sells non-slip drawer liners under the NEXTCLIMB mark. HVAC vent covers and non-slip drawer liners are related home-improvement products marketed to overlapping consumers through the same sales channels, including Plaintiff's official Amazon storefront and its independent website, https://www.nextclimb.store/. *See* Dkts. 16-3, 16-4.

7. I have reviewed Amazon's supplement at Dkt. 62. I do not know this person referred in the supplement "Amazon Xiao Niu Appeal" ("Xiao Niu"), and I do not know his business activities.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 20, 2026.

Nicolaus Windekilde Jannasch

Owner of NextClimb Investments, LLC