**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NEXTCLIMB INVESTMENTS, LLC<br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Civil Action No. 1:26-cv-05593<br><br>**JURY TRIAL DEMANDED** |

**<u>PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL</u>**

Plaintiff NextClimb Investments, LLC ("Plaintiff"), by and through its undersigned counsel, respectfully request leave to file underseal Exhibit 1 to the Declaration of Shaoyi Che submitted in support of Plaintiff's Response in Opposition to Non-Party Amazon.com, Inc.'s Motion to Stay Enforcement of Order Directing Release of Funds and for Further Relief.

Exhibit 1 consists of Amazon's production in response to expedited discovery and contains nonpublic information concerning Defendants' Amazon accounts, including contact information, sales information, and account balances. Because the production contains confidential financial and account information concerning third parties, good cause exists to maintain it under seal.

**WHEREFORE**, Plaintiff respectfully requests leave to file Exhibit 1 to the Declaration of Shaoyi Che under seal.

Date: October 20, 2026

Respectfully submitted

By: */s/ Shaoyi Che*

Shaoyi Che
TX# 24139843
*Admitted to N.D.Ill.*
YoungZeal LLP
9355 John W. Elliott Dr, Ste 25555
Frisco, TX 75033
Telephone: (717) 440-3382
che@yzlaw.com

**CERTIFICATE OF SERVICE**

I, Shaoyi Che, hereby certify that on October 20, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all participating counsel of record.

*/s/ Shaoyi Che*
Shaoyi Che