**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NEXTCLIMB INVESTMENTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | Case No. 1:26-cv-05593<br><br>Honorable Matthew F. Kennelly |

**<u>JOINT STATUS REPORT</u>**

Plaintiff and Non-Party Amazon.com, Inc. ("Amazon") hereby submit this joint status report pursuant to the Court's October 28, 2026 Minute Entry, Dkt. No. 70.

**<u>PARTIES' POSITION</u>**:

Both Plaintiff and Amazon have served written discovery requests and deposition notices on each other and on Defendants. Defendants have not served discovery at this point. The Parties have scheduled a call for November 5, 2026, in which they intend to further discuss the timing and scope of discovery. The parties are still evaluating the discovery requests and deposition notices. While no disagreements have surfaced yet, the Parties will be in a better position to raise any concerns about the timing or scope of discovery at the status hearing set for November 6, 2026.

Dated: November 4, 2026

Respectfully submitted,

*/s/ Shaoyi Che*
**YoungZeal LLP**
Shaoyi Che (TX# 24139843)
Admitted to N.D. Ill.
9355 John W. Elliott Dr, Ste 25555

*/s/ Jeremy Buxbaum*
**KILPATRICK TOWNSEND & STOCKTON LLP**
Thomas L. Holt
Jeremy Buxbaum

Frisco, TX 75033
Telephone: (717) 440-3382
che@yzlaw.com

*Counsel for Plaintiff*

Matthew R. Barrett
500 West Madison Street, Suite 3700
Chicago, Illinois 60661
Telephone: (312) 606-3204
Telephone: (312) 268-1705
Email: tholt@ktslaw.com
Email: jbuxbaum@ktslaw.com
Email: mbarrett@ktslaw.com

*Attorneys for Non-Party Amazon.com, Inc.*

Bole Yuan

**Law Office of Bole Yuan, Esq.**
204 S 3rd St
Philadelphia, PA 19106
stevenyuan@lawvictor-ip.com
Tel: 215-901-8324

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

By: */s/ Thomas J. Nitschke*
Thomas J. Nitschke