# CONFIDENTIAL SETTLEMENT AGREEMENT

This Confidential Settlement Agreement ("Agreement"), effective as of the date all Parties execute this Agreement (the "Effective Date"), is entered into by and between

1. **LU TUANFU (卢团富)**, a citizen of the People's Republic of China, with PRC National Identity Number: [redacted] and residential address at: [redacted], PRC; who is the beneficial owner and actual controller of the Amazon online marketplace accounts, storefronts identified in Exhibit A attached hereto (such marketplace accounts, storefronts collectively referred to herein as the "Defendants," and each individually as a "Defendant"); and
2. **Nextclimb Investments LLC**, a California limited liability company, with its principal place of business at 532 Herrmann Drive, Monterey, California 93940 (referred to herein as the "Plaintiff").

Plaintiff and Defendants are collectively referred to as the "Parties" and each individually as a "Party" in this Agreement.

**WHEREAS**, on or about May 14, 2026, Plaintiff filed NextClimb Investments LLC v. The Partnerships and Unincorporated Associations Identified on Schedule A, Case No. 1:26-CV-05593, in the United States District Court for the Northern District of Illinois (the "Lawsuit"), alleging, among other claims, infringing use of at least one of Plaintiff's federally registered trademarks, including but not limited to U.S. Reg. No. 5,903,064 for NextClimb (the "Plaintiff Mark"), to promote and sell products not made by or under the authority of Plaintiff;

**WHEREAS**, Plaintiff is the owner of valid and subsisting Plaintiff Mark;

**WHEREAS**, each Defendant has, without authorization, used, offered for sale, and/or sold products that infringe the Plaintiff Mark ("Accused Products");

**WHEREAS**, to avoid continued litigation, the Parties wish to resolve and settle all claims arising from the Lawsuit up to the Effective Date;

**NOW, THEREFORE**, in consideration of the promises and obligations hereto and other good and valuable consideration, the adequacy, sufficiency and receipt of which is hereby conclusively acknowledged, the Parties agree as follows:

1. Acknowledgment of Rights

Each Defendant acknowledges Plaintiff's ownership and the validity and enforceability of the Plaintiff Mark, and shall immediately and permanently cease and desist from any further infringement, including but not limited to, any further purchases, offers to sell and/or sales of Accused Products and any further use of the Plaintiff Mark to promote sales of products not made by Plaintiff.

Each Defendant shall not act to contest the validity of, injure, or discredit the Plaintiff Mark with respect to the Lawsuit. Each Defendant shall not file or assist or cooperate with a third party in filing any proceedings with the U.S. Patent & Trademark Office or with any court of law in the United States or in any country to challenge Plaintiff's rights to use and register the Plaintiff Mark.

2. Representations and Warranties

Lu Tuanfu personally warrants and represents to Plaintiff that: (i) he is the ultimate beneficial owner, and/or the sole actual controller of each and all of the legal entities, partnerships, unincorporated associations, and Amazon online marketplace accounts, and storefronts listed in Exhibit A (collectively, the "Defendant Entities"); (ii) he has the absolute and unrestricted corporate and legal authority, right, and power to control, manage, and legally bind each and all of the Defendant Entities; (iii) he has the full legal capacity and has obtained all necessary authorizations and consents to execute and deliver this Agreement, both on behalf of himself individually and as the authorized representative to legally bind each and all of the Defendant Entities; and (iv) upon his execution, this Agreement shall constitute a legal, valid, and binding obligation enforceable against him personally and against each and all of the Defendant entities in accordance with its terms, and no further corporate action or third-party consent is required.

Each Defendant warrants and represents that it has destroyed any remaining inventory of the Accused Products. Each Defendant further warrants and represents that it has fully and truthfully identified all of its U.S.-based financial accounts, including PayPal, Alipay, Wish, Amazon, DHGate, eBay, Walmart, Etsy and Temu accounts, and that it has fully and truthfully disclosed to Plaintiff the balances of all its U.S.-based financial accounts, including the balance(s) of the PayPal Account(s)/Alipay Account(s)/Wish Account(s)/Amazon Account(s)/DHGate Account(s)/eBay Account(s)/Walmart Account(s)/Etsy Account(s)/Temu Account(s) identified herein.

3. Settlement Amount

Each Defendant agrees to pay Plaintiff its respective Settlement Amount, as set forth in Exhibit A to this Agreement (the "Settlement Amount"). Each Defendant shall authorize Amazon to transfer the Settlement Amount from their respective Amazon Account to Plaintiff. Alternatively, Each Defendant may elect to pay the Settlement Amount by wire transfer to the following Trust Account by providing notice to Plaintiff's counsel of record within two (2) days of such Defendant signing this Agreement and completing the wire transfer within two (2) days of the Effective Date. If Defendant fails to provide notice and/or make the wire transfer within the specified time period, this Agreement shall be rendered null and void.

**Receiving Bank Name/Address:** JP Morgan Chase Bank NA/ 10430 Highland Manor Drive, Tampa, FL, 33610

**ABA/Routing #:** [redacted]
**Beneficiary Bank Account Title:** YoungZeal LLP IOLTA
**Account#:** [redacted]
**Swift Code:** [redacted]

4. Plaintiff Release

Subject to the terms of this Agreement and based on the accuracy of the representations made by Defendants herein, Plaintiff, on behalf of itself, and its current or former officers, directors, employees, attorneys, insurers, predecessors, assignors, successors, parents, subsidiaries and

representatives, hereby releases, acquits and forever discharges Defendants, and each of their current and former officers, directors, employees, attorneys, insurers, predecessors, assignors, successors, parents, subsidiaries, representatives, and assignees, and each of them (hereinafter collectively referred to as "Releasees") from any and all claims, demands, actions, and causes of action for attorney's fees, costs and damages, arising at law or in equity, with respect to the matters in the Lawsuit and the purchase, distribution, advertisement, offer for sale, and sale of the alleged Accused Products on the Amazon online marketplace prior to the Effective Date as alleged in the Lawsuit (the "Released Matters"). This release shall be applicable to Releasees with respect to Released Matters only and shall in no way be construed as a waiver of any rights which Plaintiff may have against anyone else, including, but not limited to, Defendant's actions and activities subsequent to the Effective Date, other manufacturers, distributors, retailers, suppliers, vendors, or purchasers of the Accused Products.

5. Defendant Release

Subject to the terms of this Agreement, each Defendant, on behalf of itself, and its current or former officers, directors, employees, attorneys, insurers, predecessors, assignors, assignees, successors, parents, subsidiaries, and representatives, hereby releases and forever discharges Plaintiff and their current or former officers, directors, employees, attorneys, insurers, predecessors, assignors, assignees, successors, parents, subsidiaries, and representatives from any and all causes of action, claims, debts, demands, attorney's fees, costs, damages, and liabilities at law or in equity, for any and all claims or counterclaims that Defendants could have brought arising out of or related to Plaintiff's claims regarding the Accused Products or the Lawsuit.

6. Dismissal

Upon the full execution of this Agreement and receipt of the **full** Settlement Amount, Plaintiff will dismiss Defendants from the Lawsuit, or file a satisfaction of judgment if judgment has already been entered. Plaintiff will instruct Amazon to release the Amazon Accounts.

7. Future Claims

Nothing in this Agreement shall preclude Plaintiff from filing suit against Defendants in the future, should Plaintiff discover evidence that Defendants subsequent to the Effective Date are participating in the trafficking, distribution, offering for sale, sale or manufacture of counterfeit products, or any other conduct prohibited in Paragraph 1 above. This Agreement shall not limit Plaintiff's recovery in such future lawsuits and shall not constitute a defense to any of Plaintiff's claims with respect to conduct occurring subsequent to the Effective Date. This Agreement shall not be used to contest the relevance or admissibility, in any future lawsuit, of any evidence adduced in the current Lawsuit.

8. Confidentiality

Except as otherwise required by law, the Parties shall keep any correspondence between the Parties, the existence of this Agreement, the Settlement Amount, and the terms and contents of this Agreement strictly and completely confidential and will not hereafter disclose any such information to anyone except: (a) the Parties' attorneys, accountants, financial advisors, or (b) as required by law and/or court process. Any disclosure by any of the Parties in violation of this section shall be deemed a material breach.

9. Remedies for Breach

In the event of any breach of this Agreement by any Defendant or Lu Tuanfu, Lu Tuanfu individually and all Defendants shall be jointly and severally liable for all resulting damages, costs, expenses, and reasonable attorneys' fees incurred by Plaintiff.

10. No Admission of Liability

This Agreement shall not be used as an admission of liability or wrongdoing by any Party.

11. General Provisions

a. This Agreement shall be binding upon and inure to the benefit of the Parties hereto, their successors and assigns, and/or the Parties' respective parents, subsidiaries, and related companies.

b. The waiver by either Party of a breach or provision of this Agreement by the other Party shall not operate or be construed as a waiver of any subsequent breach by such other Party.

c. The invalidity, illegality, or unenforceability of any provision of this Agreement shall not in any way affect, impair, invalidate, or render unenforceable this Agreement or any other provision hereof.

d. This Agreement constitutes the entire agreement between the Parties regarding the subject matter hereof, and neither Party is relying on anything other than the terms set forth herein in entering into this Agreement.

e. The validity, construction, interpretation, and enforceability of this Agreement shall be governed by the laws of the State of Texas, United States of America. In the event that a court action becomes necessary to enforce this Agreement, Defendant and Plaintiff consent to the jurisdiction of the federal and state courts located in and for the Eastern District of Texas, Sherman Division.

f. This Agreement may be executed by email or facsimile transmission and simultaneously in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. Facsimile and emailed signatures are deemed the equivalent of original signatures.

g. Each Party acknowledges that it has had the opportunity to confer with counsel regarding the terms of this Agreement.

h. Each of the Parties shall execute and deliver to the others all additional documents, instruments and agreements, and take such additional actions, as are reasonably required to implement the terms of this Agreement and to effectuate its intent.

i. Each Party shall be responsible for and bear its own attorneys' fees, expert fees, and costs incurred in connection with the Lawsuit and this Agreement.

j. Each Party represents and warrants that it has not assigned, transferred, or conveyed, voluntarily or involuntarily, any of the claims released herein.

k. Each Party represents and warrants that it has the full right and authority to enter into this Agreement, and the officer, employee, agent, attorney, or other representative executing this Agreement on its behalf has the full right and authority to do so.

*[Signature Pages Follow]*

(Signature Pages to Confidential Settlement Agreement)

IN WITNESS WHEREOF, the Parties have duly executed this CONFIDENTIAL SETTLEMENT AGREEMENT with full authority to do so as of the date written below.

**卢团富 (Sign individually and as the authorized representative of all Defendant Entities)**

Signature: 卢团富

Date: 2026年6月19日

*Confidential*

(Signature Pages to Confidential Settlement Agreement)

IN WITNESS WHEREOF, the Parties have duly executed this CONFIDENTIAL SETTLEMENT AGREEMENT with full authority to do so as of the date written below.

**NextClimb Investments LLC**
Signature: [signature]
Name: [illegible]
Title: CZO
Date: June 19th, 2026

*Confidential*

***Exhibit A***

| Doe NO. | Store Name | Entity Name | Seller ID | Email | Settlement Amount (USD) |
|---|---|---|---|---|---|
| 1 | ApexLink629 | 黄梅县尔厝商贸有限公司 | A3A612005200GQ | [redacted] | $6,764.00 |
| 2 | ApexLink187 | 惠州市政大乾贸易有限公司 | A23B4Z4U6RQL8N | [redacted] | $2,774.55 |
| 3 | ApexLink704 | 点水武汉市电子商务有限责任公司 | A2RKPP3IAAFOCJ | [redacted] | $4,714.37 |
| 4 | ApexLink011 | 四川珺成智链互联科技有限公司 | ALNAKLN1VLZUJ | [redacted] | $7,534.83 |
| 5 | ApexLink358 | ALAHDIN GLOBAL ENTERPRISE LTD | A2N4LLOVADNAXP | [redacted] | $3,169.72 |
| 6 | ApexLink916 | 宜都市间练商贸有限公司 | A2QPU62XP5SAKQ | [redacted] | $1,158.02 |
| 7 | ApexLink273 | 阳城县恩民养殖农民专业合作社 | A16LSQO5C9PMA0 | [redacted] | $1,000.00 |
| 8 | ApexLink541 | 望江凌斯宇电子商务有限公司 | ANZPUL7HOBC1X | [redacted] | $2,340.00 |
| 9 | ApexLink802 | 广州科择商贸有限公司 | A2O48OYNE0Y51M | [redacted] | $1,184.56 |
| 10 | ApexLink495 | 宜都市届遥商贸有限公司 | AZS7VYLMIRXYJ | [redacted] | $6,270.97 |
| 11 | ApexLink230 | 深圳市奥兹商贸有限公司 | A3OJLU4F5SHHUJ | [redacted] | $4,284.00 |
| 12 | ApexLink781 | 深圳市水木易晟科技有限公司 | A2XMSOCSEEKI5Q | [redacted] | $848.21 |
| 13 | ApexLink056 | 广州泳圆贸易有限公司 | A2YIG5IOCX69KD | [redacted] | $4,548.48 |
| 14 | ApexLink319 | 广州众节贸易有限公司 | A7JVRRRC16K3Y | [redacted] | $3,925.44 |
| 15 | ApexLink947 | 广州市智乐富电子商务有限公司 | AK5LESK4LNKDA | [redacted] | $3,050.27 |
| 16 | ApexLink125 | 广州立围贸易有限公司 | A2TY2Y8VDF48 | [redacted] | $4,436.98 |

*Confidential*

| | | | | | |
|---|---|---|---|---|---|
| 17 | ApexLink413 | 广州彦特商贸有限公司 | A2G5RAX4L9OLGM | [redacted] | $12,577.11 |
| 18 | ApexLink892 | 西安琛宇商贸有限公司 | A1OX0JF36EY7HQ | [redacted] | $2,859.73 |
| 19 | ApexLink508 | 广州雅通商贸有限公司 | A3AHT0Y1ZQ0TON | [redacted] | $1,741.62 |
| 20 | ApexLink264 | 西安富茂晟商贸有限公司 | A2GN1T17O8IGMX | [redacted] | $9,180.26 |
| 21 | ApexLink736 | 西安红瓦曼商贸有限公司 | A29VW6Z6S9TRWK | [redacted] | $10,188.70 |
| 22 | ApexLink091 | 广州花群饰品有限公司 | A3VDG3CXOYWWVS | [redacted] | $3,338.78 |
| 23 | ApexLink385 | 广州碧秋贸易有限公司 | AH1VMR8WFNGG5 | [redacted] | $16,400.14 |
| 24 | ApexLink972 | 广州域青贸易有限公司 | AYY4A17ZOZKQ7 | [redacted] | $3,686.39 |
| 25 | ApexLink148 | 广州灵橙玩具有限公司 | AJI3BBHYDTI6O | [redacted] | $2,420.72 |
| 26 | ApexLink094 | PATANBARK CORPORATION | A70V9N4B73CYY | [redacted] | $11,546.08 |
| 27 | ApexLink034 | 石家庄燚铄电子商务有限公司 | A3LZ1UCUGEOH9G | [redacted] | $841.21 |
| 28 | ApexLink328 | 开封伊诺曼家具有限公司 | A1YN3P1VGXYELA | [redacted] | $20,295.00 |
| 29 | ApexLink603 | 广州易凯电子科技有限公司 | A31SGCK4UUU0MP | [redacted] | $74,345.32 |
| 30 | ApexLink459 | 广州利霖玩具有限公司 | A2KUF1BSWTZKRD | [redacted] | $6,991.70 |
| 31 | ApexLink827 | 广州简橙玩具有限公司 | A24BWNE9JGO8H1 | [redacted] | $31,606.61 |
| 32 | ApexLink510 | 西咸新区柳子莱商贸有限公司 | A21Q8GVMKL0LGM | [redacted] | $8,181.03 |
| 33 | ApexLink296 | 惠州市漓源贸易有限公司 | A9E74ER649SQU | [redacted] | $10,364.36 |
| 34 | ApexLink761 | 西安鑫同艺商贸有限公司 | A3S1ZBMTHP9S3X | [redacted] | $14,211.73 |
| 35 | ApexLink950 | 广州珞晗贸易有限公司 | AE24VZK74PD2B | [redacted] | $18,659.80 |
| 36 | ApexLink179 | 惠州市梧武贸易有限公司 | A30F0CWDH58SGP | [redacted] | $17,327.13 |

| | | | | | |
|---|---|---|---|---|---|
| 37 | ApexLink642 | 深圳市跃珑恒电子商务有限公司 | A13CRYFFJ2ZYOU | [redacted] | $13,709.29 |
| 38 | ApexLink486 | 广州璐洽服饰有限公司 | A78I2WR8EF0WC | [redacted] | $177,571.18 |
| 39 | ApexLink815 | 成都云卓航贸易有限公司 | A1AFKCJE5DTOX | [redacted] | $25,132.99 |
| 40 | ApexLink573 | 四川惠益可商贸有限公司 | AHQBUKRXBN7KT | [redacted] | $18,960.72 |
| 41 | ApexLink207 | 枝江市聊抛商贸有限公司 | A1GMEFD7IUR1US | [redacted] | $1,450.00 |
| 42 | ApexLink798 | 郑州萌界电子商务有限公司 | A1OD0FJ873I763 | [redacted] | $9,366.97 |
| 43 | ApexLink670 | 西咸新区泽西言商贸有限公司 | A1XG0CXUYPWEOZ | [redacted] | $5,532.42 |
| 44 | ApexLink061 | 西安世宁信息科技有限公司 | AU9XBWD2RXTX1 | [redacted] | $5,423.36 |
| 45 | ApexLink394 | 西安柠君商贸有限公司 | A2PKVVXU3E0SOV | [redacted] | $3,924.54 |
| 46 | ApexLink935 | 郑州椐却信息科技有限公司 | A29SF32UU28VM4 | [redacted] | $4,144.28 |
| 47 | ApexLink152 | 义乌市聚悟信息咨询有限公司 | A8OHUMPVBGAY7 | [redacted] | $4,153.00 |
| 48 | ApexLink680 | 昆明范那商贸有限公司 | A2WRKJSDRLIA8N | [redacted] | $2,807.00 |
| 49 | ApexLink427 | 宿迁乔晟科技有限公司 | AXO8SRJ2O8XM | [redacted] | $28,000.00 |
| 50 | ApexLink851 | 广西玉林市纪云贸易有限公司 | ANGGDKTTKJ8LL | [redacted] | $4,561.00 |
| 51 | ApexLink539 | 新余市雷傲科技有限公司 | A2K0YAUIZ3WYQV | [redacted] | $2,376.20 |
| 52 | ApexLink216 | 长沙幻翼环保科技有限公司 | AERDEFRLMKIB0 | [redacted] | $1,442.26 |
| 53 | ApexLink743 | 河南省孝儒农业发展有限公司 | A2EGXY2CT9O1HM | [redacted] | $10,008.35 |
| 54 | ApexLink085 | 登封市众艺文化传播有限公司 | A3ATLC96LAFG6K | [redacted] | $5,072.47 |
| 55 | ApexLink362 | 重庆鸿哲实业有限公司 | A16LNOORNOYW3U | [redacted] | $7,856.47 |
| 56 | ApexLink907 | 济南赫澄塑胶有限公司 | A1T8VIETAH7K2X | [redacted] | $2,195.40 |

| | | | | | |
|---|---|---|---|---|---|
| 57 | ApexLink194 | 厦门吕扛澳商贸有限公司 | ALA8YDRAK3YDU | [redacted]m | $3,434.07 |
| 58 | ApexLink658 | 枣阳市达喆商贸有限公司 | A75M5F9PT5F5V | [redacted] | $869.52 |
| 59 | ApexLink471 | 广州傲宝商贸有限公司 | A23VN7UWQI8U3J | s[redacted] | $1,169.40 |
| 60 | ApexLink836 | 广州骆酚商贸有限公司 | A13NO70D6WDOFX | [redacted] | $3,450.00 |
| 61 | ApexLink520 | 周口市六通商贸有限公司 | A1WM37OSCV2KL2 | [redacted] | $7,835.57 |
| 62 | ApexLink289 | 广州方米科技有限公司 | A3EWEXMDUHL0CE | [redacted] | $27,099.95 |
| 63 | ApexLink715 | 中山市臻益照明电器有限公司 | A2873XBWSHNAWI | [redacted] | $27,292.13 |
| 64 | ApexLink047 | 郑州西轩网络科技有限公司 | A15AQ42YEVCY60 | [redacted] | $6,714.33 |
| 65 | ApexLink331 | 深圳市霞途贸易有限公司 | A9AZXUO3XFM1F | [redacted] | $2,737.00 |
| 66 | ApexLink314 | 义乌市天裕供应链管理有限公司 | A29PBRQB8JIS2I | [redacted] | $12,450.28 |
| 67 | ApexLink601 | 西安中弘时代科技有限公司 | A3SELHIB0XHRQQ | [redacted] | $45,031.88 |
| 68 | ApexLink968 | 厦门可可斯贸易有限公司 | A3H6WTOAI75QTX | [redacted] | $9,613.02 |
| 69 | ApexLink402 | 运城市盐湖区鑫瑞齿科医疗器械有限公司 | A39YG4JGT3HEBK | [redacted] | $945.62 |
| 70 | ApexLink874 | 东莞千岁兰科技有限公司 | AUPHPG8VZLGTW | [redacted] | $2,446.36 |
| 71 | ApexLink130 | 深圳市西凡尼贸易有限公司 | A2LA9UUHBFN22R | [redacted] | $6,284.79 |
| 72 | ApexLink695 | 晋江市盛来鞋材有限公司 | A1HPS2N7L2IKMN | [redacted] | $2,946.26 |
| 73 | ApexLink024 | 广州小强宝贸易有限责任公司 | AHAZYDWM7S0NJ | [redacted] | $66,732.00 |
| 74 | ApexLink081 | 福建峭源茶业有限公司 | A2E54EWA3R7EGU | [redacted] | $1,185.00 |
| 75 | ApexLink569 | 赣州市皇鼎建设工程有限公司 | A1W31DYBR5XB7W | [redacted] | $699.00 |

*Confidential*

| | | | | | |
|---|---|---|---|---|---|
| 76 | ApexLink223 | 蚌埠市禹会区高启强商贸网店 | A3FVVI9YZW6KVX | [redacted] | $3,880.00 |
| 77 | ApexLink757 | 烟台平瑞物流有限公司 | A3TIJX0G6T0JYV | [redacted] | $5,967.41 |
| 78 | ApexLink018 | 泉州市赞赢天下文化传播有限公司 | AVJGD3OKPQHYZ | [redacted] | $19,043.25 |
| 79 | ApexLink921 | 南宁市良庆区八桂盛电子商务有限公司 | A30GNITCL2D0OY | [redacted] | $2,088.17 |
| 80 | ApexLink376 | 广州思而科贸易有限公司 | A6X9TJNEMQMTY | [redacted] | $22,602.11 |
| 81 | ApexLink619 | 许昌寿腾贸易有限公司 | A1F30G85IQKVAF | [redacted] | $12,454.40 |
| 82 | ApexLink445 | 福鼎市苏喂喂电子商务有限公司 | A11TT8S8J6MVXA | [redacted] | $3,459.93 |
| 83 | ApexLink880 | 湖北省春若晓科技有限公司 | AYQW1XPSAAOOL | [redacted] | $11,584.55 |
| 84 | ApexLink164 | 合肥食指律动科技有限公司 | A1V86CGSEY4Z1N | [redacted] | $1,716.93 |
| 85 | ApexLink553 | 广州士棋科技有限公司 | A30QEZJ7481MQA | [redacted] | $2,876.98 |
| 86 | ApexLink257 | 郑州佳亭商贸有限公司 | A26TWLH462JQMA | [redacted] | $11,260.00 |
| 87 | ApexLink726 | 广州利炘商贸有限公司 | A3R3WRVNUKFCU5 | [redacted] | $7,982.00 |
| 88 | ApexLink072 | 深圳来福士雾化药业有限公司 | A2DAOYIJ8RFFWT | [redacted] | $4,900.00 |
| 89 | ApexLink340 | 深圳华诚通用质量检测有限公司 | AO629AKY4KKM6 | [redacted] | $49,800.00 |
| 90 | ApexLink983 | 襄阳宝堡国际贸易有限公司 | A15KC9W6MGSUO3 | [redacted] | $2,180.00 |
| 91 | ApexLink115 | 禹州市勇志祥贸易有限公司 | A1DR1RGE0L6OGU | [redacted] | $4,945.60 |
| 92 | ApexLink667 | 禹州市杨雅文静贸易有限公司 | A2TZVSQBCVPXI6 | [redacted] | $2,518.06 |
| 93 | ApexLink438 | 湖北省屿芊韵商贸有限公司 | A1WR3WX6D6VW9J | [redacted] | $2,616.58 |
| 94 | ApexLink849 | 泉州市泉港区东兴物流有限公司 | A2B3HR6F43HT5F | [redacted] | $3,348.84 |

*Confidential*

| | | | | | |
|---|---|---|---|---|---|
| 95 | ApexLink581 | 广西玉林市城瑞五金零售有限公司 | A291HV4DCDXXL7 | [redacted] | $3,548.51 |
| 96 | ApexLink242 | 南阳市诚杰商贸有限公司 | A3MFUGZM9WX18R | [redacted] | $5,911.18 |
| 97 | ApexLink770 | 南阳义玮商贸有限公司 | A27AY684K51LYK | [redacted] | $2,884.00 |
| 98 | ApexLink029 | 南阳帆强商贸有限公司 | A3VUSZ00BWH5VE | [redacted] | $3,671.00 |
| 99 | ApexLink306 | 南宁市青秀区卓盛鸿电子商务有限责任公司 | A14O2GUPYUX4M1 | [redacted] | $9,452.00 |
| 100 | ApexLink994 | 长垣市真乐商贸有限公司 | A2RMV3LJJ59QVP | [redacted] | $2,514.92 |